IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEAN LLC d/b/a FUSION GPS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| DEFENDANT BANK, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S UNOPPOSED APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND UNOPPOSED MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(b) and Local Rule 65.1, Plaintiff Bean LLC d/b/a Fusion GPS hereby moves for a temporary restraining order and a preliminary injunction prohibiting Defendant Bank, from releasing any of Plaintiff's records in response to the subpoena issued and signed *ultra vires* by Congressman Devin Nunes.

The grounds for this application are that Plaintiff has a substantial likelihood of success on the merits of its claim because the subpoena is not part of a legitimate legislative activity and the bank's release of the records in response to the subpoena would violate Plaintiff's rights under the Right to Financial Privacy Act, 12 U.S.C. § 3401 *et seq.*, the First Amendment, and the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 *et seq.*; that absent immediate relief, Plaintiff will suffer irreparable harm; the balance of the equities tips in Plaintiff's favor; and that the public interest supports granting the requested relief.

The response date for the subpoena is October 23, 2017, at 9:00 am. Defendant Bank has informed Plaintiff that it intends to timely comply with the subpoena and release Plaintiff's bank records on that date before 9:00 am, after the staff of Mr. Nunes informed Defendant Bank that it

must produce documents by the foregoing response date, and the bank has decided to cooperate with Mr. Nunes. Plaintiff files this application now because if Defendant Bank releases the bank records and documents related thereto, Plaintiff's statutory and constitutional rights will be violated and irretrievably lost. Without the requested relief, Plaintiff has no opportunity to seek to protect its rights in court.

In support of this application, Plaintiff submits a Complaint, a Memorandum in Support of Plaintiff's Application for a Temporary Restraining Order and Motion for Preliminary Injunction, the Declarations of Peter Fritsch and Joshua A. Levy, and exhibits attached thereto.

Pursuant to Fed. R. Civ. P. 65, LCvR 65.1, and LCvR 7(m), Plaintiff's counsel conferred with Defendant Bank's counsel about this Application and Motion. Defendant Bank's counsel stated that it did not oppose the Application and Motion.

Proposed orders are attached.

Dated: October 20, 2017

Respectfully Submitted,

*/s/ William W. Taylor, III*

William W. Taylor, III (D.C. Bar No. 84194)
Steven M. Salky (D.C. Bar No. 360175)
Rachel F. Cotton (D.C. Bar No. 997132)
**ZUCKERMAN SPAEDER LP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 788-1800
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
**Cunningham Levy Muse LLP**
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
jal@cunninghamlevy.com
202-261-6564

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2017, the foregoing Application and Motion, and accompanying Memorandum of Points and Authorities in Support, was served on the following via electronic mail:

Alexander D. Bono
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
ABono@duanemorris.com

Joseph J. Aronica
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 2004-2166
jjaronica@duanemorris.com

/s/ Rachel F. Cotton