UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. <br> DEFENDANT BANK, ) <br> ) <br> Defendant. ) <br> ) | |

### CERTIFICATE OF NOTICE PURSUANT TO LOCAL RULE 65.1(a)

I, Joshua A. Levy, counsel for Plaintiff Fusion GPS, hereby certify that I made the following efforts to give notice of the Application for a Temporary Restraining Order and Motion for Preliminary Injunction, and copies of all pleadings and papers filed in this action:

1. I have been in touch with Defendant Bank's counsel since last week regarding this matter. Over the past week, I have been communicating with Defendant Bank's counsel, stating my client's objections to the subpoena. Defendant Bank's counsel has informed me of its objections to the subpoena, Mr. Nunes's staff's response to those objections, and Defendant Bank's intention to comply with the subpoena.

2. On October 19, 2017, I notified Defendant Bank's counsel via e-mail of Plaintiff's intent to file an application for a temporary restraining order and motion for preliminary injunction (as well as a motion to proceed under a pseudonym). Defendant Bank's counsel advised me in writing that Defendant Bank did not oppose the application and motions.

3.      We served the Application for TRO and Motion for Preliminary Injunction, the Memorandum of Points and Authorities in support thereof, on Defendant Bank's counsel, via e-mail, immediately prior to filing with the Court on October 20, 2017.[1]

Dated: October 20, 2017                    Respectfully submitted,

                                           [signature]

---

[1] Additionally, on October 19, 2017, we advised Mr. Nunes, through staff, via e-mail and on a call, of Plaintiff's intention to file an Application for a Temporary Restraining Order and Motion for Preliminary Injunction on October 20, 2017.