CO-386-online
10/03

# United States District Court
# For the District of Columbia

BEAN LLC d/b/a FUSION GPS )
)
)
)
        vs        Plaintiff  )    Civil Action No. _____
)
DEFENDANT BANK )
)
)
                      Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Bean LLC d/b/a Fusion GPS** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Bean LLC d/b/a Fusion GPS** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ William W. Taylor, III*
Signature

DC Bar No. 84194
BAR IDENTIFICATION NO.

William W. Taylor, III
Print Name

Zuckerman Spaeder LP, 1800 M St NW, Ste 1000
Address

Washington, DC 20036
City    State    Zip Code

202-788-1800
Phone Number