**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BEAN LLC d/b/a FUSION GPS<br>    1700 Connecticut Ave., NW<br>    Suite 400<br>    Washington, DC 20009,<br><br>              Plaintiff,<br><br>       v.<br><br>DEFENDANT BANK,<br><br>              Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-02187-TSC<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

I, Thomas G. Hungar, hereby enter my appearance as counsel of record in the above-captioned case for the Permanent Select Committee on Intelligence of the U.S. House of Representatives. Please send all future notices in this matter to me.

> Respectfully submitted,
>
> */s/ Thomas G. Hungar*
> THOMAS G. HUNGAR (DC Bar No. 447783)
> General Counsel
>
> OFFICE OF GENERAL COUNSEL
> U.S. HOUSE OF REPRESENTATIVES
> 219 Cannon House Office Building
> Washington, D.C. 20515
> (202) 225-9700 (telephone)
> (202) 226-1360 (facsimile)
>
> *Counsel for Intervenor Permanent Select Committee on*
> *Intelligence of the U.S. House of Representatives*

October 21, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2017, I filed the foregoing Notice of Appearance via the U.S. District Court for the District of Columbia's CM/ECF system, which I understand caused a copy to be served on registered CM/ECF users.

                                                    */s/ Thomas G. Hungar*
                                                    Thomas G. Hungar