AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. |
|  | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2017, a copy of the foregoing Notice of Entry of Appearance was served, via this Court's CM/ECF system to:

William W. Taylor , III
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Email: wtaylor@zuckerman.com

Joshua Aaron Levy
Cunningham Levy Muse LLP
1250 Connecticut Ave, NW
Suite 200
Washington, DC 20036
Email: jal@cunninghamlevy.com

*Counsel for Plaintiff Bean LLC d/b/a Fusion GPS*

Thomas G. Hungar
U.S. House of Representatives
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700
Email: thomas.hungar@mail.house.gov

*Counsel for Intervenor*
*Permanent Select Committee on Intelligence*
*of the U.S. House of Representatives*

_/s/ Joseph J. Aronica________________
Joseph J. Aronica