IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC D/B/A FUSION GPS, | |
| Plaintiff, | Case No.: 1:17-cv-02187-TSC |
| v. | |
| DEFENDANT BANK, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDER D. BONO

1. Movant Joseph J. Aronica, on behalf of Defendant Bank,[1] respectfully moves this Court, pursuant to L. Civ. R. 83.2(d), for an Order admitting *pro hac vice* Alexander D. Bono as counsel for Defendant Bank in this action.

2. Mr. Bono is a partner with Duane Morris LLP.  He is a member in good standing to each Bar to which he is admitted and has never been disciplined.  The Declaration of Mr. Bono is attached hereto.

3. Mr. Aronica is admitted to practice before this Court.

---

[1] On October 20, 2017, the Court granted Plaintiff's Motion for Defendant to Proceed Under a Pseudonym (ECF No. 3).

                                                                Respectfully submitted,

Dated:  October 23, 2017

                                                          /s/ Joseph J. Aronica (#446139)_____
                                                          Joseph J. Aronica (#446139)
                                                          DUANE MORRIS LLP
                                                          505 9th Street, N.W., Suite 1000
                                                          Washington, DC 20004-2166
                                                          Telephone: 202-776-7824
                                                          Fax: 202-478-1885
                                                          JJAronica@duanemorris.com

                                                          *Attorneys for Defendant Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2017, a copy of the foregoing Notice of Entry of Appearance was served, via this Court's CM/ECF system to:

William W. Taylor , III
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Email: wtaylor@zuckerman.com

Joshua Aaron Levy
Cunningham Levy Muse LLP
1250 Connecticut Ave, NW
Suite 200
Washington, DC 20036
Email: jal@cunninghamlevy.com

*Counsel for Plaintiff Bean LLC d/b/a Fusion GPS*

Thomas G. Hungar
U.S. House of Representatives
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700
Email: thomas.hungar@mail.house.gov

*Counsel for Intervenor*
*Permanent Select Committee on Intelligence*
*of the U.S. House of Representatives*

                                                 /s/ Joseph J. Aronica
                                                 Joseph J. Aronica