# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEAN LLC d/b/a FUSION GPS, <br><br>  Plaintiff, <br><br> v. <br><br> DEFENDANT BANK, <br><br>  Defendant, <br><br> and <br><br> PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>  Defendant-Intervenor. | Civil Action 17-cv-2187-TSC |

**DECLARATION OF JOHN DOE IN SUPPORT OF FUSION GPS'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, John Doe, declare as follows:

1. I am of legal age and competent to give this declaration.

2. I am a partner in a national law firm that has engaged Fusion GPS in the past (not on the engagement that produced the Trump Dossier or a matter related to Russia).

3. I hired Fusion GPS with the understanding that the engagement would be kept confidential. Confidentiality was very important to me and had I known that my association with Fusion GPS would not be kept confidential, I would not have hired them.

4. Upon information and belief, I believe that the subpoena issued by Congressman Nunes to Fusion GPS's bank, if complied with, would reveal information about my organization.

5. I object to the disclosure of my organization's association with Fusion GPS through this subpoena. I further object to the disclosure of my organization's private financial information that would result from compliance with this subpoena.

6. Additionally, I believe that compliance with this subpoena would raise significant privilege concerns. My law firm hired Fusion GPS as an investigator related to ongoing and/or anticipated litigation. The fact that we, on behalf of our client, hired an investigation firm is confidential and protected attorney work product. Neither my law firm nor my client has consented to the revelation of that information.

7. Revealing that my law firm hired Fusion GPS and the time frame in which we did so could cause harm to ongoing controversies and our law firm's matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 23, 2017                      _____