THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT BANK,<br><br>Defendant,<br><br>and<br><br>PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Defendant-Intervenor. | Civil Action 17-cv-2187-TSC |

## **NOTICE OF ERRATA**

It has come to Plaintiff's attention that the Second Declaration of Joshua A. Levy, Dkt. No. 13-2, contains duplicate pages. A correct copy of the Second Declaration of Joshua A. Levy is attached.

Dated: October 24, 2017

Respectfully Submitted,

/s/ William W. Taylor, III
William W. Taylor, III (D.C. Bar No. 84194)
Steven M. Salky (D.C. Bar No. 360175)
Rachel F. Cotton (D.C. Bar No. 997132)
**ZUCKERMAN SPAEDER LP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 788-1800
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
**CUNNINGHAM LEVY MUSE LLP**
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel: (202) 261-6564
jal@cunninghamlevy.com
rmuse@cunninghamlevy.com
rmc@cunninghamlevy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October 2017, the foregoing was filed on the Court's CM/ECF system, and also served on the following via electronic mail:

Joseph J. Aronica
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2166
jjaronica@duanemorris.com

*Counsel for Defendant Bank*

/s/ *Rachel M. Clattenburg*
Rachel M. Clattenburg