# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEAN LLC d/b/a FUSION GPS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action 17-cv-2187-TSC |
| DEFENDANT BANK, ) | |
| Defendant, ) | |
| and ) | |
| PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, ) | |
| Defendant-Intervenor. ) | |

## NOTICE OF CHANGE OF ADDRESS

Undersigned counsel requests that the Clerk please take notice of counsel's corrected address and employment information, which is set forth below. Undersigned counsel notes that the Errata, ECF No. 14, was filed using outdated information and apologizes for the oversight.

        Rachel Clattenburg
        Cunningham Levy Muse, LLP
        1250 Connecticut Ave. NW, Suite 200
        Washington, DC 20036
        (202) 261-6564
        rmc@cunninhamlevy.com

        /s/ Rachel Clattenburg
        Rachel Clattenburg