## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS )<br><br>   Plaintiff,   )<br><br>   v.   )<br><br>DEFENDANT BANK,   )<br><br>   Defendant,   )<br><br>   and   )<br><br>PERMANENT SELECT COMMITTEE )<br>ON INTELLIGENCE OF THE U.S. )<br>HOUSE OF REPRESENTATIVES,   )<br><br>   Defendant-Intervenor. )<br>   ) | Civil Action 1:17-cv-2187-TSC |

## NOTICE OF ADDITIONAL AUTHORITY

Undersigned counsel respectfully would like to notify the Court of the enclosed additional authority, *United States v. American Telephone & Telegraph Company*, 567 F.2d 121 (D.C. Cir. 1977), which is relevant to the adjudication of Plaintiff's Emergency Unopposed Application for a Temporary Restraining Order.

Dated: October 24, 2017                    Respectfully Submitted,

*/s/ William W. Taylor, III*\_ _____
William W. Taylor, III (D.C. Bar No. 84194)
Steven M. Salky (D.C. Bar No. 360175)
Rachel F. Cotton (D.C. Bar No. 997132)
**ZUCKERMAN SPAEDER LP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 788-1800
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

2

Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
**CUNNINGHAM LEVY MUSE LLP**
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel: (202) 261-6564
jal@cunninghamlevy.com
rmuse@cunninghamlevy.com
rmc@cunninghamlevy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October 2017, the foregoing was filed on the

Court's CM/ECF system:

Joseph J. Aronica
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2166
jjaronica@duanemorris.com

*Counsel for Defendant Bank*


Thomas G. Hungar
Todd B. Tatelman
Kimberly Hamm
Office of General Counsel,
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Thomas.Hungar@mail.house.gov
Todd.Tatelman@mail.house.gov
Kimberly.Hamm@mail.house.gov

*Counsel for the Permanent Select Committee on*
*Intelligence of the U.S. House of Representatives*


/s/ *Rachel F. Cotton*
Rachel F. Cotton