IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS<br>　　1700 Connecticut Ave., NW<br>　　Suite 400<br>　　Washington, DC 20009,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEFENDANT BANK,<br><br>　　　　　　Defendant,<br><br>PERMANENT SELECT COMMITTEE ON<br>INTELLIGENCE OF THE U.S. HOUSE OF<br>REPRESENTATIVES,<br>　　　　　　Intervenor. | Case No. 1:17-cv-02187-TSC |

## STIPULATION AND ORDER

The parties hereby stipulate and agree as follows:

1. The parties shall be bound by the terms set forth in the Confidential Agreement submitted to the Court in camera and the Sealed Protective Order entered contemporaneously herewith.

2. The Confidential Agreement and the Sealed Protective Order shall remain confidential in light of the highly sensitive nature of the subject matter of the Committee's investigation, Plaintiff's interest in the privacy of its bank records, the Committee's interest in preserving the confidentiality of its investigation, and the compelling interest in facilitating the parties' settlement.

3.     The Court shall retain jurisdiction to enforce the terms of the Confidential Agreement and the stipulated Sealed Protective Order.

SO ORDERED.

10/28/2017
Date

HON. TANYA S. CHUTKAN
United States District Judge

FOR PLAINTIFF FUSION GPS:

/s/ William W. Taylor, III
William W. Taylor, III (D.C. Bar No. 84194)
Steven M. Salky (D.C. Bar No. 360175)
Rachel F. Cotton (D.C. Bar No. 997132)
ZUCKERMAN SPAEDER LP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 788-1800

Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
CUNNINGHAM LEVY MUSE LLP
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel: (202) 261-6564

FOR DEFENDANT BANK:

/s/ Joseph J. Aronica
Joseph J. Aronica
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2166

Alexander Bono
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1181

FOR INTERVENOR:


 /s/ Thomas G. Hungar
Thomas G. Hungar
Todd B. Tatelman
Kimberly Hamm
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Tel: (202) 225-9700