UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEAN LLC**<br>*doing business as*<br>FUSION GPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**JOHN DOE BANK**,<br><br>　　　　Defendant<br><br>**PERMANENT SELECT COMMITTEE**,<br><br>　　　　Intervenor | Civil Action No. 17-cv-2187 (TSC) |

## ORDER OF DISMISSAL

In light of the agreement reached by the parties (*see* ECF Nos. 19, 20), as set forth in their Confidential Agreement, as well as in the Protective Order—that the court sealed at the request of the parties—this action is hereby dismissed. The court shall retain jurisdiction to enforce the terms of the Confidential Agreement and Protective Order.

Date: October 30, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge