# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS, <br><br>  Plaintiff, <br><br> v. <br><br> DEFENDANT BANK, <br><br>  Defendant, <br><br> and <br><br> PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>  Defendant-Intervenor. | Civil Action 1:17-cv-2187-TSC |

## PLAINTIFF'S MOTION TO REOPEN CASE

In accordance with the Stipulation and Order (Dkt. No. 19), Plaintiff hereby respectfully moves to reopen the case to enforce the terms of the Confidential Agreement. Pursuant to the Stipulation and Order, the Court has retained jurisdiction to enforce the terms of the Confidential Agreement.

In accordance with LCvR 7(m), Plaintiff has consulted with opposing counsel. Counsel for Defendant Bank does not oppose this motion. Counsel for Intervenor opposes this motion.

A proposed order is attached.

Dated: November 3, 2017               Respectfully Submitted,

/s/ William W. Taylor, III_____
William W. Taylor, III (D.C. Bar No. 84194)
Steven M. Salky (D.C. Bar No. 360175)
Rachel F. Cotton (D.C. Bar No. 997132)
**ZUCKERMAN SPAEDER LP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 788-1800
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
**Cunningham Levy Muse LLP**
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel: 202-261-6564
jal@cunninghamlevy.com
rmuse@cunninghamlevy.om
rmc@cunninghamlevy.com

**CERTIFICATE OF SERVICE**

    I certify that on November 3, 2017, I filed the foregoing on the court's CM/ECF system, which caused it to be served on all registered parties.

                                                /s/ Rachel M. Clattenburg
                                                Rachel M. Clattenburg