Rev. 1/2017

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BEAN LLC

       Plaintiff

    vs.

JOHN DOE BANK

       Defendant

Civil No. 17-2187 (RJL)

Category D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __11/9/17__ from __Judge Tanya S. Chutkan__ to __Judge Richard J. Leon__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc: Judge Tanya S. Chutkan & Courtroom Deputy
Judge Richard J. Leon & Courtroom Deputy
Liaison, Calendar and Case Management Committee