# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BEAN LLC d/b/a FUSION GPS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action 1:17-cv-2187-RJL |
| DEFENDANT BANK, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PERMANENT SELECT COMMITTEE | ) | |
| ON INTELLIGENCE OF THE U.S. | ) | |
| HOUSE OF REPRESENTATIVES, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## NOTICE REGARDING HEARING

Fusion GPS and Defendant Bank jointly file this notice to advise the Court that certain topics that may arise in tomorrow's hearing are confidential and the subject of sealed filings. These confidential topics include the contents of the Confidential Agreement submitted to the Court in camera, the contents of the Sealed Protective Order, the contents of Plaintiff's bank records, and any other information that cannot be publicly disclosed due to the Committee's executive session rules. To the extent necessary, the undersigned parties request that such topics be addressed in a nonpublic manner, but defer to the Court as to the appropriate mechanism (i.e., at the bench, in camera, or other means).

Dated: November 14, 2017

Respectfully submitted,

/s/ *William W. Taylor, III*
William W. Taylor, III (D.C. Bar No. 84194)
Steven M. Salky (D.C. Bar No. 360175)
Rachel F. Cotton (D.C. Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com


Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
**CUNNINGHAM LEVY MUSE LLP**
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel: (202) 261-6564
jal@cunninghamlevy.com
rmuse@cunninghamlevy.com
rmc@cunninghamlevy.com

*Counsel for Plaintiff BEAN LLC, d/b/a FUSION GPS*



/s/ Joseph J. Aronica
Joseph J. Aronica
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2166
jjaronica@duanemorris.com

Alexander D. Bono
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
abono@duanemorris.com

*Counsel for Defendant Bank*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of November 2017, I filed the foregoing Notice

Regarding Hearing using the Court's CM/ECF system, which served the following:

Thomas G. Hungar
Kimberly Hamm
Todd B. Talelman
Office of General Counsel,
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Thomas.Hungar@mail.house.gov
kimberly.hamm@mail.house.gov
todd.tatelman@mail.house.gov

*Counsel for the Permanent Select Committee on*
*Intelligence of the U.S. House of Representatives*

/s/ *Rachel F. Cotton*
Rachel F. Cotton