# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEAN LLC d/b/a FUSION GPS,        )<br>                                                             )<br>            Plaintiff,                              )<br>                                                             )<br>       v.                                                )<br>                                                             )     Civil Action 1:17-cv-2187-RJL<br>DEFENDANT BANK,                        )<br>                                                             )<br>            Defendant,                          )<br>                                                             )<br>       and                                            )<br>                                                             )<br>PERMANENT SELECT COMMITTEE )<br>ON INTELLIGENCE OF THE U.S.    )<br>HOUSE OF REPRESENTATIVES,   )<br>                                                             )<br>            Defendant-Intervenor.         )<br>                                                             ) | |

## NOTICE OF FILING REDACTED VERSIONS OF DOCUMENTS

Pursuant to the order of the Court issued on November 15, 2017 that "the parties refile their pleadings so that they are available on the Court's public docket," Fusion GPS hereby files the following redacted versions of documents that it had previously filed under seal:

1. Exhibit A to Memorandum of Points & Authorities in Support of Plaintiff's Renewed Application for Temporary Restraining Order & Motion for Preliminary Injunction, originally docketed at ECF No. 24-2 ("Exhibit A").

2. Exhibit B to Memorandum of Points & Authorities in Support of Plaintiff's Renewed Application for Temporary Restraining Order & Motion for Preliminary Injunction, originally docketed at ECF No. 24-3 ("Exhibit B").

3. Exhibit C to Memorandum of Points & Authorities in Support of Plaintiff's Renewed Application for Temporary Restraining Order & Motion for Preliminary Injunction, originally docketed at ECF No. 24-4 ("Exhibit C").

4. Exhibit D to Memorandum of Points & Authorities in Support of Plaintiff's Renewed Application for Temporary Restraining Order & Motion for Preliminary Injunction, originally docketed at ECF No. 24-5 ("Exhibit D").

5. Reply in Support of Plaintiff's Renewed Application for a Temporary Restraining Order and Preliminary Injunction, originally docketed at ECF No. 26-2.

Dated: November 21, 2017  Respectfully submitted,

/s/ *Steven M. Salky*
William W. Taylor, III (D.C. Bar No. 84194)
Steven M. Salky (D.C. Bar No. 360175)
Rachel F. Cotton (D.C. Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
**CUNNINGHAM LEVY MUSE LLP**
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel: (202) 261-6564
jal@cunninghamlevy.com
rmuse@cunninghamlevy.com
rmc@cunninghamlevy.com

*Counsel for Plaintiff BEAN LLC, d/b/a FUSION GPS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2017, I filed the foregoing Notice of Filing Redacted Versions of Documents using the Court's CM/ECF system, which served the following:

Thomas G. Hungar
Kimberly Hamm
Todd B. Talelman
Office of General Counsel,
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Thomas.Hungar@mail.house.gov
kimberly.hamm@mail.house.gov
todd.tatelman@mail.house.gov

*Counsel for the Permanent Select Committee on*
*Intelligence of the U.S. House of Representatives*

Joseph J. Aronica
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2166
jjaronica@duanemorris.com

Alexander D. Bono
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
abono@duanemorris.com

*Counsel for Defendant Bank*

/s/ *Rachel F. Cotton*
Rachel F. Cotton