# Exhibit A

Redacted

# RE: Bean LLC v. Defendant Bank, 17-cv-02187 (D.D.C.)

**GS**  Glabe, Scott <Scott.Glabe@mail.house.gov>                                  Reply all | ∨
Wed 11/1, 4:59 PM
'Bono, Alexander' <ABono@duanemorris.com>; +6 more ⌄

Fusion GPS

You forwarded this message on 11/2/2017 12:07 PM

list final.pdf                        justification final.pdf
247 KB                                169 KB

2 attachments (416 KB)   Download all   Save all to OneDrive - Cunningham Levy Muse LLP

Lex, Joe, and Forrest--

We appreciate your (and particularly Joe's) assistance and hospitality in facilitating the Committee's review.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, the Committee hereby requests production of records within the Responsive Records relating to the transactions identified in the attached list, <u>including</u> any metadata related thereto located on the pages ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

> (NOTE: for checks, the "date" is the date of the check, rather than when it was cashed. **BOLD** text denotes transactions for which records have already been produced, and for which we seek re-production.)

Additionally, we have also included a justification briefly articulating, for each payor/payee, the nexus between the records sought and the Committee's investigation. These justifications are provided to aid the parties, without prejudice to additional reasons the Committee might set forth in any ensuing proceeding.

Thanks in advance for your prompt attention to this request, and for your continued assistance in this matter.

Best,
Scott

Getting too much email from Glabe, Scott <Scott.Glabe@mail.house.gov>? You can unsubscribe

| #   | Debit/Credit | Payor/Payee     | Date     | Amount       | Bates # |
| --- | ------------ | --------------- | -------- | ------------ | ------- |
| 1.  | Credit       | ▮               | 3/11/16  | ▮            | 163     |
| 2.  | Credit       | ▮               | 3/23/16  | ▮            | 163     |
| 3.  | Credit       | ▮               | 8/17/16  | ▮            | 183     |
| 4.  | Debit        | Baker Hostetler | 12/13/16 | $20,000      | 77      |
| 5.  | **Credit**   | **Baker Hostetler** | **3/7/16**  | **$102,064.30** | **102** |
| 6.  | **Credit**   | **Baker Hostetler** | **3/18/16** | **$165,859.15** | **103** |
| 7.  | **Credit**   | **Baker Hostetler** | **8/18/16** | **$109,976.98** | **119** |
| 8.  | **Credit**   | **Baker Hostetler** | **9/6/16**  | **$8179.21**    | **121** |
| 9.  | **Credit**   | **Baker Hostetler** | **10/27/16**| **$59,425.37**  | **129** |
| 10. | **Credit**   | **Baker Hostetler** | **10/31/16**| **$23,615.32**  | **131** |
| 11. | **Credit**   | **Baker Hostetler** | **10/31/16**| **$54,530.29**  | **132** |
| 12. | Credit       | ▮               | 8/16/16  | ▮            | 120     |
| 13. | Credit       | ▮               | 1/26/17  | ▮            | 144     |
| 14. | Credit       | ▮               | 6/9/16   | ▮            | 175     |
| 15. | Credit       | ▮               | 6/23/16  | ▮            | 175     |
| 16. | Credit       | ▮               | 11/14/16 | ▮            | 195     |
| 17. | Credit       | ▮               | 2/12/16  | ▮            | 100     |
| 18. | Credit       | ▮               | 2/26/16  | ▮            | 160     |
| 19. | Credit       | ▮               | 3/31/16  | ▮            | 163     |
| 20. | Credit       | ▮               | 4/29/16  | ▮            | 167     |
| 21. | Credit       | ▮               | 5/2/16   | ▮            | 171     |
| 22. | Credit       | ▮               | 6/1/16   | ▮            | 175     |
| 23. | Credit       | ▮               | 6/22/16  | ▮            | 175     |
| 24. | Credit       | ▮               | 7/16/16  | ▮            | 179     |
| 25. | Credit       | ▮               | 7/16/16  | ▮            | 179     |
| 26. | Credit       | ▮               | 9/30/16  | ▮            | 187     |
| 27. | Credit       | ▮               | 10/20/16 | ▮            | 191     |

| #   | Type   |     | Date     |     | Amount |
|-----|--------|-----|----------|-----|--------|
| 28. | Credit | ▇   | 11/17/16 | ▇   | 195    |
| 29. | Credit | ▇   | 12/15/16 | ▇   | 199    |
| 30. | Credit | ▇   | 1/24/17  | ▇   | 203    |
| 31. | Credit | ▇   | 2/3/17   | ▇   | 207    |
| 32. | Credit | ▇   | 2/17/16  | ▇   | 160    |
| 33. | Credit | ▇   | 3/21/16  | ▇   | 163    |
| 34. | Credit | ▇   | 4/19/16  | ▇   | 167    |
| 35. | Credit | ▇   | 5/18/16  | ▇   | 171    |
| 36. | Credit | ▇   | 6/15/16  | ▇   | 175    |
| 37. | Credit | ▇   | 7/20/16  | ▇   | 179    |
| 38. | Credit | ▇   | 8/17/16  | ▇   | 183    |
| 39. | Credit | ▇   | 9/19/16  | ▇   | 187    |
| 40. | Credit | ▇   | 10/19/16 | ▇   | 191    |
| 41. | Credit | ▇   | 11/16/16 | ▇   | 195    |
| 42. | Credit | ▇   | 12/14/16 | ▇   | 199    |
| 43. | Credit | ▇   | 1/8/17   | ▇   | 203    |
| 44. | Debit  | ▇   | 3/11/16  | ▇   | 166    |
| 45. | Debit  | ▇   | 3/22/16  | ▇   | 166    |
| 46. | **Debit** | ▇ | **6/28/16** | ▇ | **178** |
| 47. | Debit  | ▇   | 8/23/16  | ▇   | 186    |
| 48. | **Debit** | ▇ | **9/8/16** | ▇ | **190** |
| 49. | Debit  | ▇   | 10/4/16  | ▇   | 194    |
| 50. | Debit  | ▇   | 11/1/16  | ▇   | 198    |
| 51. | **Debit** | ▇ | **11/2/16** | ▇ | **198** |
| 52. | Debit  | ▇   | 12/27/16 | ▇   | 202    |
| 53. | Debit  | ▇   | 1/5/17   | ▇   | 205    |
| 54. | Credit | ▇   | 3/31/16  | ▇   | 163    |
| 55. | Credit | ▇   | 6/7/16   | ▇   | 175    |
| 56. | Credit | ▇   | 7/12/16  | ▇   | 179    |

| | | | | | |
|---|---|---|---|---|---|
| 57. | Credit | ▮ | 9/30/16 | ▮ | 187 |
| 58. | Credit | ▮ | 10/17/16 | ▮ | 191 |
| 59. | Credit | ▮ | 11/30/16 | ▮ | 195 |
| 60. | Credit | ▮ | 1/4/17 | ▮ | 203 |
| 61. | Credit | ▮ | 2/15/17 | ▮ | 207 |
| 62. | Debit | ▮ | 5/16/16 | ▮ | 173 |
| 63. | Debit | ▮ | 6/9/16 | ▮ | 178 |
| 64. | Debit | ▮ | 9/6/16 | ▮ | 190 |
| 65. | Credit | ▮ | 6/6/16 | ▮ | 109 |
| 66. | Debit | ▮ | 12/12/16 | ▮ | 75 |
| 67. | Credit | ▮ | 3/30/16 | ▮ | 106 |
| 68. | Debit | ▮ | 6/15/16 | ▮ | 178 |
| 69. | Debit | ▮ | 8/26/16 | ▮ | 186 |
| 70. | Credit | ▮ | 6/10/16 | ▮ | 112 |
| 71. | Credit | ▮ | 7/6/16 | ▮ | 114 |
| 72. | Credit | ▮ | 9/28/16 | ▮ | 126 |
| 73. | Credit | ▮ | 2/15/17 | ▮ | 146 |
| 74. | Debit | ▮ | 3/22/16 | ▮ | 8 |
| 75. | Debit | ▮ | 4/6/16 | ▮ | 10 |
| 76. | Debit | ▮ | 5/25/16 | ▮ | 21 |
| 77. | **Debit** | ▮ | **7/13/16** | ▮ | **33** |
| 78. | **Debit** | ▮ | **8/2/16** | ▮ | **38** |
| 79. | **Debit** | ▮ | **9/1/16** | ▮ | **46** |
| 80. | **Debit** | ▮ | **10/5/16** | ▮ | **54** |
| 81. | **Debit** | ▮ | **11/1/16** | ▮ | **65** |
| 82. | Credit | ▮ | 5/11/16 | ▮ | 171 |
| 83. | **Debit** | ▮ | **8/16/16** | ▮ | **185** |
| 84. | **Debit** | ▮ | **10/5/16** | ▮ | **194** |
| 85. | **Debit** | ▮ | **11/1/16** | ▮ | **198** |

| 86. | Debit | ▮▮▮ | 11/2/16 | ▮▮▮ | 198 |
|---|---|---|---|---|---|
| 87. | Debit | ▮▮▮ | 1/5/17 | ▮▮▮ | 205 |
| 88. | Credit | ▮▮▮ | 5/10/16 | ▮▮▮ | 171 |
| 89. | Credit | Perkins Coie | 5/24/16 | $91,500.00 | 171 |
| 90. | Credit | Perkins Coie | 7/15/16 | $107,399.74 | 179 |
| 91. | Credit | Perkins Coie | 7/29/16 | $99,166.83 | 179 |
| 92. | Credit | Perkins Coie | 8/31/16 | $157,753.61 | 183 |
| 93. | Credit | Perkins Coie | 9/30/16 | $144,643.46 | 187 |
| 94. | Credit | Perkins Coie | 10/28/16 | $365,275.33 | 191 |
| 95. | Credit | Perkins Coie | 12/28/16 | $58,669.00 | 199 |
| 96. | Debit | ▮▮▮ | 8/11/16 | ▮▮▮ | 185 |
| 97. | Debit | ▮▮▮ | 9/2/16 | ▮▮▮ | 190 |
| 98. | Debit | ▮▮▮ | 10/5/16 | ▮▮▮ | 194 |
| 99. | Credit | ▮▮▮ | 6/10/16 | ▮▮▮ | 113 |
| 100. | Credit | ▮▮▮ | 7/29/16 | ▮▮▮ | 118 |
| 101. | Credit | ▮▮▮ | 8/31/16 | ▮▮▮ | 122 |
| 102. | Credit | ▮▮▮ | 10/13/16 | ▮▮▮ | 128 |
| 103. | Credit | ▮▮▮ | 11/29/16 | ▮▮▮ | 136 |
| 104. | Credit | ▮▮▮ | 12/15/16 | ▮▮▮ | 138 |
| 105. | Credit | ▮▮▮ | 1/11/17 | ▮▮▮ | 140 |
| 106. | Credit | ▮▮▮ | 9/13/16 | ▮▮▮ | 187 |
| 107. | Debit | ▮▮▮ | 9/1/16 | ▮▮▮ | 43 |
| 108. | Debit | ▮▮▮ | 10/25/16 | ▮▮▮ | 63 |
| 109. | Debit | ▮▮▮ | 11/14/16 | ▮▮▮ | 66 |
| 110. | Debit | ▮▮▮ | 12/2/16 | ▮▮▮ | 71 |
| 111. | Debit | ▮▮▮ | 1/9/17 | ▮▮▮ | 81 |
| 112. | Debit | ▮▮▮ | 2/2/17 | ▮▮▮ | 95 |