# Exhibit B

Redacted

**▬▬▬▬▬▬▬ – Transaction Nos. 1-3**

Fusion GPS (Fusion) has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research. For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests. The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

**Baker Hostetler – Transaction Nos. 4-11**

We seek re-production of records related to payments to Fusion from Baker Hostetler, and the production of one additional payment thereto.

**▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ – Transaction Nos. 12-16**



**▬▬▬▬▬▬ – Transaction No. 17**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research. For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of various Russia-linked individuals. The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

**▬▬▬▬▬▬▬ – Transaction Nos. 18-31**

██████████ **– Transaction Nos. 32-43**

Fusion's specialty is seeding its opposition research into news stories, a modus operandi highlighted by a 2011 interview with co-founder Peter Fritsch.

http://www.mondaq.com/x/144198/Antigua+A+New+Spotlight

████████████████████████████████████████████████████████████████████
████████████

████████████████████████████████████████████████████████████████████

The Committee therefore seeks records related to Fusion's work on behalf of media companies, including to determine whether such companies were the beneficiary of dossier or other Russia-related information. ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

██████████████████ **– Transaction Nos. 44-53**

The Committee seeks re-production of records related to ████████████ work on behalf of Fusion, and production of additional records also related thereto.

██████████ **– Transaction Nos. 54-61**

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████  The Committee seeks to investigate the ████████ claim that it ████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████
████████████████████████████████

██████████████████ **– Transaction Nos. 62-64**

Fusion's specialty is seeding its opposition research into news stories, a modus operandi highlighted by a 2011 interview with co-founder Peter Fritsch.

http://www.mondaq.com/x/144198/Antigua+A+New+Spotlight

███████████████████████████████████████████████████████████████
████████████

███████████████████████████████████████████████████████████████

The Committee therefore seeks records related to Fusion's payments to journalists who have reported on Russia issues relevant to its investigation.  This includes ███████████████
███████████████████████████████████████████████████████████████
██████████████████████████████████

███████████████████████████████████████████████████████████████
███████████████████████████████████

███████████████████████████████████████████████████████████████
████████████████████████

██████████ – **Transaction No. 65**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research.  For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests.  The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

██████████ – **Transaction No. 66**

Fusion's specialty is seeding its opposition research into news stories, a modus operandi highlighted by a 2011 interview with co-founder Peter Fritsch.

http://www.mondaq.com/x/144198/Antigua+A+New+Spotlight

███████████████████████████████████████████████████████████████
████████████

███████████████████████████████████████████████████████████████

The Committee therefore seeks records related to Fusion's payments to individuals on have contributed to press stories on Russia issues relevant to its investigation.  This includes ████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
██████████

███████████████████████████████████████████████████████

██████████ – **Transaction No. 67**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research.  For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests.  The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

██████████ – **Transaction Nos. 68-69**

Fusion's specialty is seeding its opposition research into news stories, a modus operandi highlighted by a 2011 interview with co-founder Peter Fritsch.

http://www.mondaq.com/x/144198/Antigua+A+New+Spotlight

████████████████████████████████████████████████████████
████████████

████████████████████████████████████████████████████████

The Committee therefore seek records related to Fusion's payments to journalists who have reported on Russia issues relevant to its investigation.  This includes ████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████
██████████████████████████████████

██████████ – **Transaction Nos. 70-73**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research.  For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests.  The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

██████████ – **Transaction Nos. 74-81**

The Committee seeks re-production of five Fusion payments to research and Russia expert ████, and production of three additional payments.

████████████████████████ – **Transaction Nos. 82-87**

████████████████████████████████
████████████████████████████

████████████████████ – **Transaction No. 88**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research. For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests. The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

**Perkins Coie – Transaction Nos. 89-95**

The Committee seeks re-production of records related to payments to Fusion from Perkins Coie.

████████████ – **Transaction Nos. 96-98**

The Committee seeks re-production of records related to Fusion's payments to ████.

████████████████████ – **Transaction Nos. 99-105**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research. For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests. The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

████████████ – **Transaction No. 106**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research. For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests. The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

██████████ – **Transaction Nos. 107-112**

Fusion's specialty is seeding its opposition research into news stories, a modus operandi highlighted by a 2011 interview with co-founder Peter Fritsch.

http://www.mondaq.com/x/144198/Antigua+A+New+Spotlight

██████████████████████████████████████████████████████████████

████████████

████████████████████████████████████████████████████

The Committee therefore seeks records related to Fusion's payments to journalists who have reported on Russia issues relevant to its investigation. This includes ████████████████████ ██████████████████████████████████████████████████████████████

████████████

████████████████████████

███████████████████████████████████████████
██████████████████████████████████

████████████████████ – **Transaction No. 88**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research. For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests. The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

**Perkins Coie – Transaction Nos. 89-95**

The Committee seeks re-production of records related to payments to Fusion from Perkins Coie.

████████████ – **Transaction Nos. 96-98**

The Committee seeks re-production of records related to Fusion's payments to ████.

██████████████████████ – **Transaction Nos. 99-105**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research. For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests. The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

████████████████– **Transaction No. 106**

Fusion has established a pattern and practice of using law firms as intermediaries to mask the true beneficiaries of its research. For example, Fusion has conducted activities relevant to the Committee's investigation via at least two law firms—Perkins Coie for the Steele dossier on behalf of the DNC/Clinton campaign and Baker Hostetler in the *Prevezon* case on behalf of Russian interests. The Committee therefore seeks records related to Fusion's other work on behalf of law firms.

██████████ – **Transaction Nos. 107-112**

Fusion's specialty is seeding its opposition research into news stories, ████████
████████████████████████████████████████████████████████.

████████████████████████████████████████████████████.

████████████████████████████████████████████████████████████████
██████████.

████████████████████████████████████████████████████████████████.

The Committee therefore seeks records related to Fusion's payments to journalists who have reported on Russia issues relevant to its investigation. This includes ██████████████
████████████████████████████████████████████████████████████████
██████████.

████████████████████████.