# Exhibit D

Redacted

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BEAN LLC d/b/a FUSION GPS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action 1:17-cv-2187-TSC |
| DEFENDANT BANK, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, | ) ) ) ) | |
| Defendant-Intervenor. | ) ) | |

**DECLARATION OF PETER FRITSCH IN SUPPORT OF
BEAN LLC'S RENEWED MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**FILED UNDER SEAL**

I, Peter Fritsch, declare as follows:

1. My name is Peter Fritsch, and I am of legal age and competent to give this declaration.

2. I am a member of Bean LLC d/b/a Fusion GPS ("Fusion GPS).

3. I have reviewed Intervenor's list of requested bank records (Exhibit A to the Renewed Application for a TRO) and Intervenor's written justifications for requesting those records (Exhibit B to the Renewed Application for a TRO).  Compulsory production of the requested records to which we object would cause our company to violate its confidentiality obligations and violate my right and our company's right to freely associate with our clients and contractors, and engage in free speech, including political speech.  This subpoena already has changed the

way in which we conduct business and interact with third parties, out of a fear that our interactions with clients and contractors could fall prey to a politically motivated compulsory process. Production of these requested records, over our objections, would cause Fusion GPS to lose clients, and would be harmful, if not fatal, to our business.

   4. Some of the records demanded by Intervenor relate to transactions between Fusion GPS and various law firms. Fusion GPS is regularly hired by law firms, on a confidential basis, to assist with investigations and litigation. Other than some of the records reflecting transactions with Perkins Coie and Baker Hostetler, the demanded records reflecting transactions with the other law firms do not pertain to any work related to Russia or Donald Trump. *See* Requests Nos. 1-4, 17, 65, 67, 70-73, 88, 99-105, 106, in Exhibit A. Request No. #4, in Exhibit A, reflects a transaction with Baker Hostetler that did not relate to Prevezon, Russia or Mr. Trump.

   5. Intervenor has also demanded records related to transactions between Fusion GPS and ███████. *See* Request Nos. 32-43, Exhibit A. The demanded records reflecting transactions with ███████ do not pertain to any work related to Russia or Donald Trump.

   6. Intervenor has also demanded records related to transactions between Fusion GPS and certain journalists – *i.e.*, Request Nos. 66, 68-69, 107-112. Those requested records involve transactions that are not pertinent to work related to Russia or Donald Trump.

   7. Intervenor has demanded records related to transactions between Fusion GPS and ███ ███████████████████ (referred to as "Business A" in Plaintiff's brief) and has justified that demand on the basis that ███████████████████████████████████████. Those demanded records reflect transactions for work that had nothing to do with ███████ ███████ Russia, or Donald Trump.



8. Intervenor has demanded records related to transactions between Fusion GPS and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (referred to as "Business B" in Plaintiff's brief) and has justified that demand on the basis that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Those demanded records reflect transactions for work that had nothing to do with ▮▮▮▮▮▮▮▮, Russia, or Donald Trump.

9. The demanded records ##44-45, 47, 49-50, 52-53 and 74-76 did not relate to "the dossier" or Prevezon, even though Fusion GPS authorized the production of other records reflecting transactions related to those parties because those transactions related to "the dossier" or Prevezon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 3, 2017                                   _____
                                                                                Peter Fritsch