**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS<br>    1700 Connecticut Ave., NW<br>    Suite 400<br>    Washington, DC 20009,<br><br>                    Plaintiff,<br><br>    v.<br><br>DEFENDANT BANK,<br><br>                    Defendant,<br><br>PERMANENT SELECT COMMITTEE ON<br>INTELLIGENCE OF THE U.S. HOUSE OF<br>REPRESENTATIVES,<br><br>                    Intervenor. | Case No. 1:17-cv-02187-RJL |

**NOTICE OF REDACTION**

Intervenor Permanent Select Committee on Intelligence of the U.S. House of Representatives ("Committee") files contemporaneously herewith redacted versions of its Response in Opposition to Plaintiff's Renewed Application for a Temporary Restraining Order and Preliminary Injunction and the supporting Declaration of Scott L. Glabe.  The Committee has redacted information from these documents in accordance with (i) the terms of the parties' Confidential Agreement and Sealed Protective Order, *see* Stipulation and Order (ECF No. 19); and (ii) Committee Rule 12(a)(1)(B) which governs the Committee's disclosure of information received in executive session.

Undersigned counsel have conferred with counsel for Plaintiff Fusion GPS and Defendant Bank in preparing these redactions.

Respectfully submitted,

*/s/ Thomas G. Hungar*
THOMAS G. HUNGAR (DC Bar #447783)
  *General Counsel*
TODD B. TATELMAN (VA Bar #66008)
  *Associate General Counsel*
KIMBERLY HAMM (DC Bar #1020989)
  *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Thomas.Hungar@mail.house.gov

*Counsel for the Permanent Select Committee*
*on Intelligence of the U.S. House of Representatives*

November 21, 2017

## CERTIFICATE OF SERVICE

I certify that on November 21, 2017, I filed the foregoing document by the court's CM/ECF system, which I understand caused it to be served on all registered parties.

*/s/ Thomas G. Hungar*
Thomas G. Hungar
