IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEAN, LLC,

    Plaintiff,

    vs.                                    1:17-cv-2187

JOHN DOE BANK,

    Defendant.

TRANSCRIPT OF MOTIONS HEARING

BEFORE THE HONORABLE RICHARD J. LEON

UNITED STATES DISTRICT JUDGE

NOVEMBER 15, 2017

Court Reporter:
Richard D. Ehrlich, RMR, CRR
Official Court Reporter
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3269

Proceedings reported by stenotype.

Transcript produced by computer-aided transcription.

```
 1                    A P P E A R A N C E S

 2

 3      FOR THE PLAINTIFF:

 4              WILLIAM W. TAYLOR, III
                STEVEN MARK SALKY
 5              RACHEL F. COTTON
                ZUCKERMAN SPAEDER, LLP
 6              1800 M Street, NW
                Suite 1000
 7              Washington, DC 20036
                (202) 778-1828
 8              wtaylor@zuckerman.com
                ssalky@zuckerman.com
 9              rcotton@zuckerman.com

10              RACHEL M. CLATTENBURG
                JOSHUA AARON LEVY
11              ROBERT F. MUSE
                CUNNINGHAM LEVY MUSE, LLP
12              1250 Connecticut Avenue, NW
                Suite 200
13              Washington, DC 20036
                (202) 261-6564
14              rmc@cunninghamlevy.com
                jal@cunninghamlevy.com
15              muse@steinmitchell.com

16
        FOR THE DEFENDANT:
17
                JOSEPH J. ARONICA
18              DUANE MORRIS, LLP
                505 Ninth Street, NW
19              Suite 1000
                Washington, DC 20004
20              (202) 776-7824
                jjaronica@duanemorris.com
21
                ALEXANDER D. BONO
22              FORREST HANSEN
                DUANE MORRIS, LLP
23              30 South 17th Street
                Philadelphia, PA 19103-4196
24              (215) 979-1181
                abono@duanemorris.com
25              fhansen@duanemorris.com
```

```
 1                    A P P E A R A N C E S

 2


 3      FOR PERMANENT SELECT COMMITTEE ON INTELLIGENCE
        OF THE U.S. HOUSE OF REPRESENTATIVES:
 4
                 KIMBERLY ANN HAMM
 5               THOMAS G. HUNGAR
                 TODD BARRY TATELMAN
 6               U.S. HOUSE OF REPRESENTATIVES
                 Office of General Counsel
 7               219 Cannon House Office Building
                 Washington, DC 20515
 8               (202) 225-9700
                 kimberly.hamm@mailhouse.gov
 9               thomas.hungar@mail.house.gov
                 todd.tatelman@mail.house.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE CLERK:  Good afternoon, Your Honor.  We have

2    Civil Action No. 17-2187.  *Bean, LLC, vs. John Doe Bank.*

3          Will counsel for the parties please approach the

4    lecturn and identify yourselves for the record and the party

5    you represent?

6          MR. TAYLOR:  William Taylor for the plaintiff,

7    Bean, LLC, also trade name Fusion.

8          Would you like my co-counsel as well, Your Honor,

9    or shall I identify them?

10          THE COURT:  Sure.  Put them on the record.

11          Salky has been living for this day for years.

12          MR. TAYLOR:  We couldn't keep him away, Your

13    Honor.

14          THE COURT:  Oh, no, no way.  He spent a lot of

15    time in this courtroom.

16          MR. SALKY:  Your Honor, I have.  Steven Salky for

17    Fusion.  Good afternoon.

18          THE COURT:  Welcome back.

19          MS. COTTON:  Rachel Cotton also for Fusion.

20          THE COURT:  Welcome.

21          MR. LEVY:  Good afternoon.  Joshua Levy for

22    Fusion.

23          THE COURT:  Welcome.

24          MR. MUSE:  Hello, Your Honor.  Bob Muse for

25    Fusion.

```
 1              THE COURT:  Welcome, Mr. Muse.

 2              MS. CLATTENBURG:  Rachel Clattenburg for Fusion.

 3              THE COURT:  Welcome.  He's the only guy who spent

 4    more time here than Salky.  Maybe not.

 5              MR. ARONICA:  About the same, Judge.

 6              Good afternoon, Judge.  Joe Aronica from Duane

 7    Morris on behalf of the bank and my co-counsel.

 8              MR. BONO:  Good afternoon, Your Honor.  Alexander

 9    Bono.  I have the privilege of representing the bank.

10              THE COURT:  Welcome.

11              MR. HANSEN:  Good afternoon, Your Honor.  Forest

12    Hansen representing the bank.

13              THE COURT:  Welcome.

14              MR. HUNGAR:  Good afternoon, Your Honor.  Thomas

15    Hungar, House Office of General Counsel for the Permanent

16    Select Committee On Intelligence.

17              THE COURT:  Welcome.

18              MS. HAMM:  Good afternoon.  Kimberly Hamm from the

19    House of Representatives for the Permanent Select Committee.

20              THE COURT:  Welcome.

21              MR. TATELMAN:  Good afternoon, Your Honor.  Todd

22    Tatelman for The House Permanent Select Committee On

23    Intelligence.

24              THE COURT:  Welcome.  Quite a cast of characters

25    we got here.
```

1          Well, Mr. Taylor.

2          MR. TAYLOR:  Yes, Your Honor.

3          THE COURT:  I'm new to this case, as you well

4   know.  There's been some water over the dam before I got

5   here.

6          MR. TAYLOR:  Well, Your Honor, there are some

7   tides in the affairs of cases that we can't avoid.  Shall I

8   tell you a little bit about it?

9          THE COURT:  Don't tell me anything yet.

10          MR. TAYLOR:  All right.

11          THE COURT:  Because I need to make a few

12   observations before we get going here which may affect what

13   you want to say.

14          MR. TAYLOR:  Shall I be seated?

15          THE COURT:  No, you can stand.  That's fine.

16          In the years I've been doing this, there's some

17   cases that's pretty obvious it's a TRO situation, there are

18   some cases it's pretty obvious it's a PI situation, but they

19   have to go for the TRO as well.  This strikes me as the

20   latter.  This strikes me as a classic case where you

21   consolidate the TRO and the PI into one, and you have the

22   argument, and then the Court writes one opinion.  The Court

23   is not interested in writing two opinions, I can assure you.

24   I only like to do that if it's absolutely necessary.

25          My understanding is, as of right now, there's not

1    even a return date on the subpoena.  If I'm wrong, I'll be

2    corrected.  It strikes me that this case should be treated

3    like a PI.  We have a PI hearing, and then the Court will

4    issue an opinion.  And, of course, whoever doesn't like the

5    opinion, which may be both sides, can appeal it.  That's how

6    it strikes me this should proceed.

7             What causes me to feel that way particularly

8    strongly is when I start getting pleadings that are filed

9    under seal.  If there ever was a case -- and God knows I've

10   had my share of them -- where having public, open hearings

11   on a matter is in the best interest of all concerned, this

12   is one of them.  This is not that kind of case, in my

13   judgment, where there should be much, if any, time spent

14   behind closed doors unless it's necessary under the

15   circumstances.

16            Now, I think the pleadings should be reconstituted

17   and refiled not under seal, which means they have to be

18   written in such a way that things that are confidential are

19   not specifically alluded to so that the public can see

20   what's being argued, the Court can see what's being argued,

21   and then to the extent there needs to be some documents

22   under seal, that's fine.  You can file those with the Court

23   under seal, or you can consider these already filed with the

24   Court under seal.

25            There may even be a time where it would be

1    necessary -- I'm not saying it is or it isn't -- where the

2    Court might have to do an in camera review of certain

3    documents including classified material.  As everyone is

4    well aware, the Court is qualified to do that.  We deal with

5    classified material in this building all the time.  That's

6    no big surprise.  I already have TS clearance.  And if it's

7    anything above the TS level, I can get ready to insert

8    myself.  But I don't want to put the cart before the horse.

9    We might not need to do that.

10          It strikes me, after reviewing the pleadings such

11   as they are to date, that there are some very discrete,

12   legal questions here that have to be answered in the first

13   instance, have to be resolved in the first instance.  And

14   depending how they're resolved, the Court may or may not get

15   to a point where it has to do an in camera review of

16   confidential, understandably confidential for both sides,

17   confidential documents.

18          I think the arguments can be made in open court on

19   the nonconfidential, discrete, legal questions, and I think

20   the pleadings should address those in a public way so

21   everyone can see what's being argued and come hear the

22   argument.

23          How does that strike you, Mr. Taylor?

24          MR. TAYLOR:  Eminently correct, Your Honor.

25          THE COURT:  Okay.  Good.

1          MR. TAYLOR:  One thing, if I may, to make sure

2     that you understand.  The only confidences that we wish to

3     keep out of the public record are the names of the entities,

4     which are on Exhibit A.

5          THE COURT:  Yes.

6          MR. TAYLOR:  Because if they are disclosed, then

7     the case is moot.

8          THE COURT:  The customers.

9          MR. TAYLOR:  That's right.  Well, the customers

10    and the subcontractors.

11          There is, in the papers which you have, a

12    provision that the Court -- it sets timetables for dealing

13    with objections, and it provides for certain timetables for

14    the Court to rule.  It certainly provides for certain

15    timetables within which matters have to be turned over or

16    not depending upon how you rule.  That's no obstacle in my

17    view to what you suggest.  I thought, given the seriousness

18    of the questions and the amount of paper that's already been

19    filed, it doesn't make much sense to do it twice.  It turns

20    on legal questions.  There may be some questions about what

21    belongs in which pot, but we're happy to proceed that way.

22          THE COURT:  All right.  Mr. Hungar, what do you

23    think about that?  How does it strike you?

24          MR. HUNGAR:  Your Honor, I certainly agree that

25    there's no reason why this hearing can't be conducted in

1    public.  So I completely agree with that.

2           With respect to the point about the handling of

3    the pleadings, we have already provided to plaintiff's

4    counsel and the bank's counsel a version of our sealed

5    pleading unredacting the vast majority of it.  I mean, the

6    sealing is really because of the press of time in order

7    to --

8           THE COURT:  I understand.

9           MR. HUNGAR:  And assuming we can reach agreement

10   on that relatively promptly, we can file an unredacted

11   version that would be largely public on a short order.

12          THE COURT:  Well, let me give you and Mr. Taylor

13   kind of an idea what I have in mind.  See how it strikes

14   you.  I mean, I appreciate completely next week is

15   Thanksgiving week.  I understand that.  What I was thinking

16   is between now and next Tuesday, each side file whatever

17   pleadings they need to file not under seal.  So reconstitute

18   whatever pleadings you got that are currently under seal in

19   a way that can be publicly digested and publicly reviewed.

20          The following week -- give me some time to review

21   them.  The following week we'll have an argument on the PI.

22   All right?  And then the Court will take it under advisement

23   and start making a decision and issue an opinion ASAP.

24          MR. HUNGAR:  If I may, Your Honor.  From the

25   committee's standpoint, the interest all along has been, in

1    light of the nature of the investigation and the need to

2    make progress on the investigation, and the fact that what

3    we're talking about here is effectively investigative leads

4    that are necessary to take the next step, and we've already

5    been delayed, from the committee's perspective, nearly three

6    months from the first time they first began seeking

7    information from Fusion.  So we would certainly prefer, if

8    it were possible, for the Court to prepare its decision

9    based on the papers that are already in front of it, and we

10   certainly have no objection to filing whatever we can

11   publicly on whatever schedule the Court sets, but we would

12   just hope that that process of making public filings would

13   not interfere with the process of making a resolution here

14   as promptly as we can.

15             THE COURT:  I understand.  The practical reality,

16   though, is it's going to take a little time to reconstitute

17   the pleadings so that they can be put on the public record,

18   and it's going to take me a little time to get prepared for

19   the oral argument, and then it's going to take a little time

20   for the oral argument to take place which isn't going to be

21   just some -- look, in a TRO situation, it's usually 10

22   minutes on each side.  That's it.  In a PI situation, it's

23   more like half an hour on each side with rebuttal.  So each

24   side is going to get a more extended amount of time to make

25   their case and to be heard on the various issues that have

to be addressed by the Court, some of which are novel,
frankly.  As you're both well aware, there's not a lot of
case law in this area.  You know, this is not an area where
there's, you know, oodles of Court of Appeals decisions from
the DC circuit and oodles of Supreme Court decisions.
That's just not the way it works.

So the practical reality is having the oral
argument before Thanksgiving is not going to work.  So if we
have it the following week, will give each side a half hour,
45 minutes, have a full-blown argument, I'll be better
prepared, the pleadings will have been out on the public
domain, I'll have a chance to review the pleadings.  And if
we need to have a portion of the argument that's done under
seal, we can do that, too.  So we can have both a public and
a private, and that way the public feels like it's got to
hear the legal arguments certainly.  And to the extent
there's anything that needs to be, you know, behind closed
doors, we can do that as to the sealed matters.  I think
that way everyone feels like they got a fair shake and they
got to see what's out there and what the arguments are.

Look, I know about congressional investigations
having done two of them that were highly classified
investigations.  Iran-Contra and October Surprise.  So I
know how they're conducted, and I know the timetables.  My
guess is not much is happening next week anyway, at least

```
1    based on my experience.  So, you know, if we have an
2    argument the following week, I'll be better prepared.  We'll
3    be at the bottom of this, and the public will be better
4    educated as to what's going on.  That's my thinking.
5              MR. HUNGAR:  Yes, Your Honor.
6              THE COURT:  All right.
7              Joe, you're along for the ride.  So you'll be here
8    no matter what.
9              MR. ARONICA:  Thank you, Your Honor.
10             MR. TAYLOR:  I hate to ask for scheduling issues
11   for personal reasons.  Can you move the whole thing back?
12   I'm supposed to be out of the country beginning on the
13   26th returning on the 3rd.
14             THE COURT:  You know, Mr. Taylor, this is a
15   sensitive matter, time sensitive, and the practical
16   reality -- you know, you got a great law firm with great
17   lawyers that can all jump in at a moment's notice, and I see
18   one of them right now sitting with a big smile on his face.
19   He's argued many, many cases in front of this Court.
20             MR. TAYLOR:  He may be getting ready to argue
21   another one.
22             THE COURT:  Well, you know him well.
23             MR. TAYLOR:  Your Honor, in fairness, we've got a
24   major motion that's due in another case before you on the
25   21st in the Guerberoff case.
```

1          THE COURT:  I got lots of cases.

2          MR. TAYLOR:  I know.  We don't have as many, but

3     we're kind of jammed up.  The reason why I'm pressing for

4     just a seven-day extension on your proposed schedule is

5     because it will permit us to do the kind of work we need to

6     do.  We can argue it that Monday the 4th, if you would

7     agree to that.

8          THE COURT:  I think out of deference to Congress,

9     you know, I've already extended it a fair amount.  I'll push

10    it back a day.  If you want to do it the 30th, we'll do it

11    the 30th.  You can cut your trip a little short, or you can

12    get Salky up to speed a little quicker.  But I don't feel

13    comfortable moving it much further back than that.  I'll

14    move it back a day if you want to do it the 30th.

15         MR. TAYLOR:  It's not the day.  It's international

16    travel.

17         THE COURT:  I understand.

18         MR. TAYLOR:  But, otherwise, the schedule, you

19    know, we'll be happy to comply with it.

20         Can I check with Mr. Salky?

21         THE COURT:  Yeah, go ahead.  Check in with him.

22         MR. TAYLOR:  We'll do whatever the Court wants us

23    to do, Your Honor.  I do want to, without trying your

24    patience, ask that the House consent to doing it on the

25    4th.  If they consented, would that change your view?

1          THE COURT:  You can go and ask them if you want.

2          Mr. Hungar, how are you feeling?

3          MR. HUNGAR:  I'm always in favor of being as

4     reasonable as possible with these sorts of requests, but in

5     this circumstance, we simply can't consent.  My client has

6     clearly indicated that to me.  And all along, as I've said,

7     we've been pressing for as prompt a decision as possible.

8     We understand, under the circumstances, the Court needs

9     time.

10          If Mr. Taylor is concerned about the timing,

11     again, as I said before -- I mean, I suspect Mr. Taylor is

12     amply prepared to argue it this afternoon.  We can argue it

13     next week, and then he would be in town for that, and then

14     the public pleadings could be filed before that, and the

15     Court could take the time it needs to decide the case.

16          THE COURT:  I learned a long time ago it's best

17     not to put the cart before the horse.  Let the public see

18     the pleadings.  Let them know what's going to happen.  Let

19     them come and see the evidence if they want.  Let them

20     listen to it.  Let them listen to the judge's questions and

21     let them hear the answers that he gets.  To me, that's the

22     way to deal with it, especially a case -- this is not a

23     normal case, as I'm sure you're well aware.  After all, you

24     are counsel to the House.  Only one other time since I've

25     been on this Court in 16 years has the counsel to the House

1    come to argue in a case in front of me.  So this is not a

2    typical case.  We know that.  I'm stating the obvious here.

3    So let's do what they call up on the Hill regular order.

4    Let's do it regular order.

5              I'm sorry about that inconvenience to you,

6    Mr. Taylor, but Salky is a pretty smooth operator.  He might

7    get Eric to show up and argue.  He's been in this Court

8    almost as much as -- actually, maybe more than Salky.

9    You've got plenty of talent over on your bench.

10             MR. TAYLOR:  The problem with talent is it's

11   overworked.

12             THE COURT:  Well, that's a management issue.  I'm

13   staying out of that.  I'm staying out of that.  You're in

14   charge of management over there.

15             Hungar has got his people and you got yours.  You

16   guys will be ready the 30th.  We'll do it on the 30th.

17             MR. TAYLOR:  What day of the week?

18             THE COURT:  That's a Thursday.

19             MR. TAYLOR:  Do you want to do it the Monday

20   before that?

21             MR. HUNGAR:  Nope.

22             MR. TAYLOR:  Nevermind.

23             THE COURT:  3:00, Counsel.  And as far as the

24   reconstitute of pleadings, get them in by close of business

25   Tuesday the 21st.  Okay?  So we'll have a PI hearing.  And

1    after reviewing that -- look, I'm going to be in here all

2    Thanksgiving weekend Friday, Saturday, Sunday reviewing

3    these pleadings and looking at all this stuff.  I understand

4    you're not happy with this situation, but I'm not exactly

5    happy with it either.  But, you know, when you get these

6    kinds of matters of this kind of novelty and consequence

7    where the stakes are as high as they are, it needs to be

8    treated that way, and so we're going to treat it that way,

9    and I think everyone will be happier as a result.

10              MR. HUNGAR:  Your Honor, may I ask a question?

11              THE COURT:  Yes, you may.  Of course.

12              MR. HUNGAR:  If we, in reconstituting the

13   pleadings, determine that there's something in order to

14   address arguments that their side has made --

15              THE COURT:  You're welcome to do that.

16              MR. HUNGAR:  It's like a separate pleading under

17   seal that would just address those arguments?

18              THE COURT:  You mean as to a sealed matter?

19              MR. HUNGAR:  Well, if we need to address a sealed

20   matter in order to respond to an argument that the plaintiff

21   has made.

22              THE COURT:  That would be fine as long as the

23   nature of the argument is such that it's inextricably

24   intertwined with the sealed document that you've got on the

25   record.  That way both sides will see that the argument and

1    the issues, the factual issues, are all intertwined.

2                MR. HUNGAR:  Thank you, Your Honor.

3                THE COURT:  That's fine.  Absolutely.

4                MR. TAYLOR:  We've said everything we're going to

5    say about the sealed documents except their names.  So I

6    don't think that --

7                THE COURT:  I'm not telling you you have to do

8    more.  I'm just saying if you want to.  I just want to make

9    sure that the state of the pleading is such that it's all

10   publicly accessible other than those that have a narrow need

11   to be otherwise.

12               MR. TAYLOR:  Thank you, Your Honor.

13               THE COURT:  All right?  Any other questions?  We

14   stand in recess.

15                    (Hearing concluded.)

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2

 3            I, Richard D. Ehrlich, a Registered Merit Reporter

 4    and Certified Realtime Reporter, certify that the foregoing

 5    is a true, complete, and accurate transcript of the

 6    proceedings ordered to be transcribed in the above-entitled

 7    case before the Honorable Richard J. Leon, in Washington,

 8    DC, on November 15, 2017.

 9

10    s/Richard D. Ehrlich   November 29, 2017
      _____
11    Richard D. Ehrlich, Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MR. ARONICA:
[2]   5/4 13/8
MR. BONO: [1]
5/7
MR. HANSEN:
[1]   5/10
MR. HUNGAR:
[12]   5/13
9/23 10/8
10/23 13/4
15/2 16/20
17/9 17/11
17/15 17/18
18/1
MR. LEVY: [1]
4/20 4/2
MR. MUSE: [1]
4/23
MR. SALKY:
[1]   4/15
MR. TATELMAN:
[1]   5/20
MR. TAYLOR:
[23]
MS.
CLATTENBURG:
[1]   5/1
MS. COTTON:
[1]   4/18
MS. HAMM: [1]
5/17
THE CLERK:
[1]   3/9
THE COURT:
[42]

1

10 [1]   11/21
1000 [2]   2/6
2/19
1181 [1]   2/24
1250 [1]   2/12
15 [2]   1/18
19/8
16 [1]   15/25
17-2187 [1]
4/2
17th [1]   2/23
1800 [1]   2/6
1828 [1]   2/7
19103-4196 [1]
2/23
1:17-cv-2187
[1]   1/7

200 [1]   2/12
20001 [1]
1/22
20004 [1]
2/19
20036 [2]   2/7
2/13
2017 [3]   1/18
19/8 19/10
202 [5]   1/23
2/7 2/13 2/20
3/8
20515 [1]   3/7
215 [1]   2/24
2187 [2]   1/7
4/2
219 [1]   3/7
21st [2]
13/25 16/25
225-9700 [1]
3/8
261-6564 [1]
2/13
26th [1]
13/13
29 [1]   19/10

3

30 [1]   2/23
30th [5]
14/10 14/11
14/14 16/16
16/16
3269 [1]   1/23
333 [1]   1/22
354-3269 [1]
1/23
3:00 [1]
16/23
3rd [1]   13/13

4

4196 [1]   2/23
45 [1]   12/10
4th [2]   14/6
14/25

5

505 [1]   2/18

6

6564 [1]   2/13

776-7824 [1]
2/20
778-1828 [1]
2/7
7824 [1]   2/20

9

9700 [1]   3/8
979-1181 [1]
2/24

A

AARON [1]
2/10
abono [1]
2/24
about [10]
5/5 6/8 9/20
9/23 10/2
11/3 12/21
15/10 16/5
18/5
above [2]   8/7
19/6
above-entitled
[1]   19/6
absolutely [2]
6/24 18/3
accessible [1]
18/10
accurate [1]
19/5
Action [1]
4/2
actually [1]
16/8
address [4]
8/20 17/14
17/17 17/19
addressed [1]
12/1
advisement [1]
10/22
affairs [1]
6/7
affect [1]
6/12
after [3]
8/10 15/23
17/1
afternoon [10]
4/1 4/17
4/21 5/6 5/8

5/18 5/21
15/12
again [1]
15/11
ago [1]   15/16
agree [3]
9/24 10/1
14/7
agreement [1]
10/9
ahead [1]
14/21
aided [1]
1/25
ALEXANDER [2]
2/21 5/8
all [15]   6/10
7/11 8/5 9/22
10/22 10/25
13/6 13/17
15/6 15/23
17/1 17/3
18/1 18/9
18/13
alluded [1]
7/19
almost [1]
16/8
almost as [1]
16/8
along [3]
10/25 13/7
15/6
already [7]
7/23 8/6 9/18
10/3 11/4
11/9 14/9
also [2]   4/7
4/19
always [1]
15/3
amount [3]
9/18 11/24
14/9
amply [1]
15/12
ANN [1]   3/4
another [2]
13/21 13/24
answered [1]
8/12
answers [1]
15/21
any [2]   7/13

anything [3]
6/9 8/7 12/17
anyway [1]
12/25
appeal [1]
7/5
Appeals [1]
12/4
appreciate [1]
10/14
approach [1]
4/3
are [20]
area [2]   12/3
12/3
argue [6]
13/20 14/6
15/12 15/12
16/1 16/7
argued [4]
7/20 7/20
8/21 13/19
argument [12]
6/22 8/22
10/21 11/19
11/20 12/8
12/10 12/13
13/2 17/20
17/23 17/25
arguments [5]
8/18 12/16
12/20 17/14
17/17
ARONICA [2]
2/17 5/6
as [31]
ASAP [1]
10/23
ask [4]   13/10
14/24 15/1
17/10
assuming [1]
10/9
assure [1]
6/23
Avenue [2]
1/22 2/12
avoid [1]   6/7
aware [3]   8/4
12/2 15/23
away [1]   4/12

B

back [5]   4/18

**B**

back... [4]
  13/11 14/10
  14/13 14/14
bank [5]   1/8
  4/2 5/7 5/9
  5/12
bank's [1]
  10/4
BARRY [1]   3/5
based [2]
  11/9 13/1
be [40]
BEAN [3]   1/5
  4/2 4/7
because [4]
  6/11 9/6 10/6
  14/5
been [10]
  4/11 6/4 6/16
  9/18 10/25
  11/5 12/11
  15/7 15/25
  16/7
before [11]
  1/16 6/4 6/12
  8/8 12/8
  13/24 15/11
  15/14 15/17
  16/20 19/7
began [1]
  11/6
beginning [1]
  13/12
behalf [1]
  5/7
behind [2]
  7/14 12/17
being [4]
  7/20 7/20
  8/21 15/3
belongs [1]
  9/21
bench [1]
  16/9
best [2]   7/11
  15/16
better [3]
  12/10 13/2
  13/3
between [1]
  10/16
big [2]   8/6
  13/18

blown [1]
  12/10
Bob [1]   4/24
BONO [2]   2/21
  5/9
both [5]   7/5
  8/16 12/2
  12/14 17/25
bottom [1]
  13/3
building [2]
  3/7 8/5
business [1]
  16/24

**C**

call [1]   16/3
camera [2]
  8/2 8/15
can [27]
can't [3]   6/7
  9/25 15/5
Cannon [1]
  3/7
cart [2]   8/8
  15/17
case [16]   6/3
  6/20 7/2 7/9
  7/12 9/7
  11/25 12/3
  13/24 13/25
  15/15 15/22
  15/23 16/1
  16/2 19/7
cases [5]   6/7
  6/17 6/18
  13/19 14/1
cast [1]   5/24
causes [1]
  7/7
certain [3]
  8/2 9/13 9/14
certainly [5]
  9/14 9/24
  11/7 11/10
  12/16
CERTIFICATE
  [1]   19/1
Certified [1]
  19/4
certify [1]
  19/4
chance [1]
  12/12

14/25
characters [1]
  5/24
charge [1]
  16/14
check [2]
  14/20 14/21
circuit [1]
  12/5
circumstance
  [1]   15/5
circumstances
  [2]   7/15
  15/8
Civil [1]   4/2
classic [1]
  6/20
classified [3]
  8/3 8/5
  12/22
CLATTENBURG
  [2]   2/10 5/2
clearance [1]
  8/6
clearly [1]
  15/6
client [1]
  15/5
close [1]
  16/24
closed [2]
  7/14 12/17
co [2]   4/8
  5/7
co-counsel [2]
  4/8 5/7
COLUMBIA [1]
  1/1
come [3]   8/21
  15/19 16/1
comfortable
  [1]   14/13
COMMITTEE [4]
  3/3 5/16 5/19
  5/22
committee's
  [2]   10/25
  11/5
complete [1]
  19/5
completely [2]
  10/1 10/14
comply [1]
  14/19

1/25
computer-aided
  [1]   1/25
concerned [2]
  7/11 15/10
concluded [1]
  18/15
conducted [2]
  9/25 12/24
confidences
  [1]   9/2
confidential
  [4]   7/18
  8/16 8/16
  8/17
Congress [1]
  14/8
congressional
  [1]   12/21
Connecticut
  [1]   2/12
consent [2]
  14/24 15/5
consented [1]
  14/25
consequence
  [1]   17/6
consider [1]
  7/23
consolidate
  [1]   6/21
Constitution
  [1]   1/22
Contra [1]
  12/23
correct [1]
  8/24
corrected [1]
  7/2
COTTON [2]
  2/5 4/19
could [2]
  15/14 15/15
couldn't [1]
  4/12
counsel [10]
  3/6 4/3 4/8
  5/7 5/15 10/4
  10/4 15/24
  15/25 16/23
country [1]
  13/12
course [2]
  7/4 17/11

court [29]
courtroom [1]
  4/15
CRR [1]   1/20
CUNNINGHAM [1]
  2/11
cunninghamlevy
  .com [2]   2/14
  2/14
currently [1]
  10/18
customers [2]
  9/8 9/9
cut [1]   14/11
cv [1]   1/7

**D**

dam [1]   6/4
date [2]   7/1
  8/11
day [6]   4/11
  14/4 14/10
  14/14 14/15
  16/17
DC [7]   1/22
  2/7 2/13 2/19
  3/7 12/5 19/8
deal [2]   8/4
  15/22
dealing [1]
  9/12
decide [1]
  15/15
decision [3]
  10/23 11/8
  15/7
decisions [2]
  12/4 12/5
Defendant [2]
  1/9 2/16
deference [1]
  14/8
delayed [1]
  11/5
depending [2]
  8/14 9/16
determine [1]
  17/13
digested [1]
  10/19
disclosed [1]
  9/6
discrete [2]
  8/11 8/19
DISTRICT [4]

**D**

DISTRICT...
 **[4]**   1/1 1/1
 1/17 1/21
do **[24]**
document **[1]**
 17/24
documents **[4]**
 7/21 8/3 8/17
 18/5
DOE **[2]**   1/8
 4/2
does **[2]**   8/23
 9/23
doesn't **[2]**
 7/4 9/19
doing **[2]**
 6/16 14/24
domain **[1]**
 12/12
don't **[5]**   6/9
 8/8 14/2
 14/12 18/6
done **[2]**
 12/13 12/22
doors **[2]**
 7/14 12/18
DUANE **[3]**
 2/18 2/22 5/6
duanemorris.co
m **[3]**   2/20
 2/24 2/25
due **[1]**   13/24

**E**

each **[5]**
 10/16 11/22
 11/23 11/23
 12/9
educated **[1]**
 13/4
effectively
 **[1]**   11/3
Ehrlich **[4]**
 1/20 19/3
 19/10 19/11
either **[1]**
 17/5
Eminently **[1]**
 8/24
entities **[1]**
 9/3
entitled **[1]**
 19/6

especially **[1]**
 15/22
even **[2]**   7/1
 7/25
ever **[1]**   7/9
everyone **[4]**
 8/3 8/21
 12/19 17/9
everything **[1]**
 18/4
evidence **[1]**
 15/19
exactly **[1]**
 17/4
except **[1]**
 18/5
Exhibit **[1]**
 9/4
experience **[1]**
 13/1
extended **[2]**
 11/24 14/9
extension **[1]**
 14/4
extent **[2]**
 7/21 12/16

**F**

face **[1]**
 13/18
fact **[1]**   11/2
factual **[1]**
 18/1
fair **[2]**
 12/19 14/9
fairness **[1]**
 13/23
far **[1]**   16/23
favor **[1]**
 15/3
feel **[2]**   7/7
 14/12
feeling **[1]**
 15/2
feels **[2]**
 12/15 12/19
few **[1]**   6/11
fhansen **[1]**
 2/25
file **[4]**   7/22
 10/10 10/16
 10/17
filed **[4]**   7/8
 7/23 9/19

filing **[1]**
 11/10
filings **[1]**
 11/12
fine **[4]**   6/15
 7/22 17/22
 18/3
firm **[1]**
 13/16
first **[4]**
 8/12 8/13
 11/6 11/6
following **[4]**
 10/20 10/21
 12/9 13/2
foregoing **[1]**
 19/4
Forest **[1]**
 5/11
FORREST **[1]**
 2/22
frankly **[1]**
 12/2
Friday **[1]**
 17/2
front **[3]**
 11/9 13/19
 16/1
full **[1]**
 12/10
full-blown **[1]**
 12/10
further **[1]**
 14/13
Fusion **[7]**
 4/7 4/17 4/19
 4/22 4/25 5/2
 11/7

**G**

General **[2]**
 3/6 5/15
get **[9]**   6/12
 8/7 8/14
 11/18 11/24
 14/12 16/7
 16/24 17/5
gets **[1]**
 15/21
getting **[2]**
 7/8 13/20
give **[3]**
 10/12 10/20
 12/9

given **[1]**
 9/17
go **[3]**   6/19
 14/21 15/1
God **[1]**   7/9
going **[12]**
 6/12 11/16
 11/18 11/19
 11/20 11/24
 12/8 13/4
 15/18 17/1
 17/8 18/4
Good **[10]**   4/1
 4/17 4/21 5/6
 5/8 5/11 5/14
 5/18 5/21
 8/25
got **[13]**   5/25
 6/4 10/18
 12/15 12/19
 12/20 13/16
 13/23 14/1
 16/9 16/15
 16/15 17/24
great **[2]**
 13/16 13/16
Guerberoff **[1]**
 13/25
guess **[1]**
 12/25
guy **[1]**   5/3
guys **[1]**
 16/16

**H**

had **[1]**   7/10
half **[2]**
 11/23 12/9
HAMM **[2]**   3/4
 5/18
handling **[1]**
 10/2
HANSEN **[2]**
 2/22 5/12
happen **[1]**
 15/18
happening **[1]**
 12/25
happier **[1]**
 17/9
happy **[4]**
 9/21 14/19
 17/4 17/5
has **[8]**   4/11
 8/15 10/25

7/5 15/25
 16/15 17/14
 17/21
hate **[1]**
 13/10
have **[29]**
having **[3]**
 7/10 12/7
 12/22
he **[5]**   4/14
 13/20 15/13
 15/21 16/6
He's **[3]**   5/3
 13/19 16/7
hear **[3]**   8/21
 12/16 15/21
heard **[1]**
 11/25
hearing **[5]**
 1/15 7/3 9/25
 16/25 18/15
hearings **[1]**
 7/10
Hello **[1]**
 4/24
here **[10]**   5/4
 5/25 6/5 6/12
 8/12 11/3
 11/13 13/7
 16/2 17/1
high **[1]**   17/7
highly **[1]**
 12/22
Hill **[1]**   16/3
him **[3]**   4/12
 13/22 14/21
his **[2]**   13/18
 16/15
Honor **[21]**
HONORABLE **[2]**
 1/16 19/7
hope **[1]**
 11/12
horse **[2]**   8/8
 15/17
hour **[2]**
 11/23 12/9
HOUSE **[9]**   3/3
 3/6 3/7 5/15
 5/19 5/22
 14/24 15/24
 15/25
how **[8]**   7/5
 8/14 8/23
 9/16 9/23

**H**

how... [3]
10/13 12/24
15/2

HUNGAR [5]
3/5 5/15 9/22
15/2 16/15

**I**

I'll [6]    7/1
12/10 12/12
13/2 14/9
14/13

I'm [15]    6/3
7/1 8/1 13/12
14/3 15/3
15/23 16/2
16/5 16/12
16/13 17/1
17/4 18/7
18/8

I've [5]    6/16
7/9 14/9 15/6
15/24

idea [1]
10/13

identify [2]
4/4 4/9

III [1]    2/4

including [1]
8/3

inconvenience
[1]    16/5

indicated [1]
15/6

inextricably
[1]    17/23

information
[1]    11/7

insert [1]
8/7

instance [2]
8/13 8/13

INTELLIGENCE
[3]    3/3 5/16
5/23

interest [2]
7/11 10/25

interested [1]
6/23

interfere [1]
11/13

international
[1]    14/15

intertwined
[2]    17/24
18/1

investigation
[2]    11/1
11/2

investigations
[2]    12/21
12/23

investigative
[1]    11/3

Iran [1]
12/23

Iran-Contra
[1]    12/23

is [33]

isn't [2]    8/1
11/20

issue [3]    7/4
10/23 16/12

issues [4]
11/25 13/10
18/1 18/1

it [46]

it's [19]
6/17 6/18
6/18 6/24
7/14 8/6
11/16 11/18
11/19 11/21
11/22 12/15
14/15 14/15
15/16 16/10
17/16 17/23
18/9

its [1]    11/8

**J**

jal [1]    2/14

jammed [1]
14/3

jjaronica [1]
2/20

Joe [2]    5/6
13/7

JOHN [2]    1/8
4/2

JOSEPH [1]
2/17

JOSHUA [2]
2/10 4/21

JUDGE [3]
1/17 5/5 5/6

judge's [1]
15/20

judgment [1]
7/13

jump [1]
13/17

just [7]
11/12 11/21
12/6 14/4
17/17 18/8
18/8

**K**

keep [2]    4/12
9/3

KIMBERLY [2]
3/4 5/18

kimberly.hamm
[1]    3/8

kind [5]    7/12
10/13 14/3
14/5 17/6

kinds [1]
17/6

know [17]    6/4
12/3 12/4
12/17 12/21
12/24 12/24
13/1 13/14
13/16 13/22
14/2 14/9
14/19 15/18
16/2 17/5

knows [1]    7/9

**L**

largely [1]
10/11

latter [1]
6/20

law [2]    12/3
13/16

lawyers [1]
13/17

leads [1]
11/3

learned [1]
15/16

least [1]
12/25

lecturn [1]
4/4

legal [4]
8/12 8/19
9/20 12/16

LEON [2]    1/16
19/7

15/17 15/18
15/18 15/19
15/20 15/21

let's [2]
16/3 16/4

level [1]    8/7

LEVY [3]    2/10
2/11 4/21

light [1]
11/1

like [8]    4/8
6/24 7/3 7/4
11/23 12/15
12/19 17/16

listen [2]
15/20 15/20

little [6]
6/8 11/16
11/18 11/19
14/11 14/12

living [1]
4/11

LLC [3]    1/5
4/2 4/7

LLP [4]    2/5
2/11 2/18
2/22

long [2]
15/16 17/22

look [3]
11/21 12/21
17/1

looking [1]
17/3

lot [2]    4/14
12/2

lots [1]    14/1

**M**

made [3]    8/18
17/14 17/21

mail.house.gov
[2]    3/9 3/9

mailhouse.gov
[1]    3/8

major [1]
13/24

majority [1]
10/5

make [6]    6/11
9/1 9/19 11/2
11/24 18/8

making [3]
10/23 11/12

management [2]
16/12 16/14

many [3]
13/19 13/19
14/2

MARK [1]    2/4

material [2]
8/3 8/5

matter [5]
7/11 13/8
13/15 17/18
17/20

matters [3]
9/15 12/18
17/6

may [11]    6/12
7/5 7/25 8/14
8/14 9/1 9/20
10/24 13/20
17/10 17/11

maybe [2]    5/4
16/8

me [13]    6/9
6/19 6/20 7/2
7/6 7/7 8/10
10/12 10/20
11/18 15/6
15/21 16/1

mean [4]    10/5
10/14 15/11
17/18

means [1]
7/17

Merit [1]
19/3

might [3]    8/2
8/9 16/6

mind [1]
10/13

minutes [2]
11/22 12/10

moment's [1]
13/17

Monday [2]
14/6 16/19

months [1]
11/6

moot [1]    9/7

more [5]    5/4
11/23 11/24
16/8 18/8

MORRIS [3]
2/18 2/22 5/7

motion [1]

**M**

motion... [1]
13/24
MOTIONS [1]
1/15
move [2]
13/11 14/14
moving [1]
14/13
Mr. [11]   5/1
6/1 8/23 9/22
10/12 13/14
14/20 15/2
15/10 15/11
16/6
Mr. Hungar [2]
9/22 15/2
Mr. Muse [1]
5/1
Mr. Salky [1]
14/20
Mr. Taylor [7]
6/1 8/23
10/12 13/14
15/10 15/11
16/6
much [5]   7/13
9/19 12/25
14/13 16/8
muse [5]   2/11
2/11 2/15
4/24 5/1
my [10]   4/8
5/7 6/25 7/10
7/12 9/16
12/24 13/1
13/4 15/5
myself [1]
8/8

**N**

name [1]   4/7
names [2]   9/3
18/5
narrow [1]
18/10
nature [2]
11/1 17/23
nearly [1]
11/5
necessary [4]
6/24 7/14 8/1
11/4
need [8]   6/11

11/1 12/13
14/5 17/19
18/10
needs [5]
7/21 12/17
15/8 15/15
17/7
Nevermind [1]
16/22
new [1]   6/3
next [5]
10/14 10/16
11/4 12/25
15/13
Ninth [1]
2/18
no [9]   4/2
4/14 4/14
6/15 8/6 9/16
9/25 11/10
13/8
nonconfidentia
l [1]   8/19
Nope [1]
16/21
normal [1]
15/23
not [24]
notice [1]
13/17
novel [1]
12/1
novelty [1]
17/6
NOVEMBER [3]
1/18 19/8
19/10
now [4]   6/25
7/16 10/16
13/18
NW [4]   1/22
2/6 2/12 2/18

**O**

objection [1]
11/10
objections [1]
9/13
observations
[1]   6/12
obstacle [1]
9/16
obvious [3]
6/17 6/18

October [1]
12/23
Office [3]
3/6 3/7 5/15
Official [2]
1/21 19/11
Oh [1]   4/14
Okay [2]   8/25
16/25
one [7]   6/21
6/22 7/12 9/1
13/18 13/21
15/24
only [4]   5/3
6/24 9/2
15/24
oodles [2]
12/4 12/5
open [2]   7/10
8/18
operator [1]
16/6
opinion [4]
6/22 7/4 7/5
10/23
opinions [1]
6/23
oral [3]
11/19 11/20
12/7
order [6]
10/6 10/11
16/3 16/4
17/13 17/20
ordered [1]
19/6
other [3]
15/24 18/10
18/13
otherwise [2]
14/18 18/11
our [1]   10/4
out [7]   9/3
12/11 12/20
13/12 14/8
16/13 16/13
over [4]   6/4
9/15 16/9
16/14
overworked [1]
16/11

**P**

PA [1]   2/23

paper [1]
9/18
papers [2]
9/11 11/9
particularly
[1]   7/7
parties [1]
4/3
party [1]   4/4
patience [1]
14/24
people [1]
16/15
PERMANENT [4]
3/3 5/15 5/19
5/22
permit [1]
14/5
personal [1]
13/11
perspective
[1]   11/5
Philadelphia
[1]   2/23
PI [7]   6/18
6/21 7/3 7/3
10/21 11/22
16/25
place [1]
11/20
plaintiff [4]
1/6 2/3 4/6
17/20
plaintiff's
[1]   10/3
pleading [3]
10/5 17/16
18/9
pleadings [15]
7/8 7/16
8/10 8/20
10/3 10/17
10/18 11/17
12/11 12/12
15/14 15/18
16/24 17/3
17/13
please [1]
4/3
plenty [1]
16/9
point [2]
8/15 10/2
portion [1]
12/13

possible [3]
11/8 15/4
15/7
pot [1]   9/21
practical [3]
11/15 12/7
13/15
prefer [1]
11/7
prepare [1]
11/8
prepared [4]
11/18 12/11
13/2 15/12
press [1]
10/6
pressing [2]
14/3 15/7
pretty [3]
6/17 6/18
16/6
private [1]
12/15
privilege [1]
5/9
problem [1]
16/10
proceed [2]
7/6 9/21
proceedings
[2]   1/24
19/6
process [2]
11/12 11/13
produced [1]
1/25
progress [1]
11/2
prompt [1]
15/7
promptly [2]
10/10 11/14
proposed [1]
14/4
provided [1]
10/3
provides [2]
9/13 9/14
provision [1]
9/12
public [14]
7/10 7/19
8/20 9/3 10/1
10/11 11/12
11/17 12/11

## P

public... [5]
12/14 12/15
13/3 15/14
15/17
publicly [4]
10/19 10/19
11/11 18/10
push [1]   14/9
put [4]   4/10
8/8 11/17
15/17

## Q

qualified [1]
8/4
question [1]
17/10
questions [7]
8/12 8/19
9/18 9/20
9/20 15/20
18/13
quicker [1]
14/12
Quite [1]
5/24

## R

RACHEL [4]
2/5 2/10 4/19
5/2
rcotton [1]
2/9
reach [1]
10/9
ready [3]   8/7
13/20 16/16
reality [3]
11/15 12/7
13/16
really [1]
10/6
Realtime [1]
19/4
reason [2]
9/25 14/3
reasonable [1]
15/4
reasons [1]
13/11
rebuttal [1]
11/23
recess [1]

reconstitute
[3]   10/17
11/16 16/24
reconstituted
[1]   7/16
reconstituting
[1]   17/12
record [5]
4/4 4/10 9/3
11/17 17/25
refiled [1]
7/17
Registered [1]
19/3
regular [2]
16/3 16/4
relatively [1]
10/10
reported [1]
1/24
Reporter [6]
1/20 1/21
19/1 19/3
19/4 19/11
represent [1]
4/5
REPRESENTATIVE
S [3]   3/3 3/6
5/19
representing
[2]   5/9 5/12
requests [1]
15/4
resolution [1]
11/13
resolved [2]
8/13 8/14
respect [1]
10/2
respond [1]
17/20
result [1]
17/9
return [1]
7/1
returning [1]
13/13
review [4]
8/2 8/15
10/20 12/12
reviewed [1]
10/19
reviewing [3]
8/10 17/1

RICHARD [6]
1/16 1/20
19/3 19/7
19/10 19/11
ride [1]   13/7
right [8]
6/10 6/25 9/9
9/22 10/22
13/6 13/18
18/13
rmc [1]   2/14
RMR [1]   1/20
ROBERT [1]
2/11
rule [2]   9/14
9/16

## S

s/Richard [1]
19/10
said [3]   15/6
15/11 18/4
SALKY [8]   2/4
4/11 4/16 5/4
14/12 14/20
16/6 16/8
same [1]   5/5
Saturday [1]
17/2
say [2]   6/13
18/5
saying [2]
8/1 18/8
schedule [3]
11/11 14/4
14/18
scheduling [1]
13/10
seal [9]   7/9
7/17 7/22
7/23 7/24
10/17 10/18
12/14 17/17
sealed [6]
10/4 12/18
17/18 17/19
17/24 18/5
sealing [1]
10/6
seated [1]
6/14
see [9]   7/19
7/20 8/21
10/13 12/20

15/19 17/25
seeking [1]
11/6
SELECT [4]
3/3 5/16 5/19
5/22
sense [1]
9/19
sensitive [2]
13/15 13/15
separate [1]
17/16
seriousness
[1]   9/17
sets [2]   9/12
11/11
seven [1]
14/4
seven-day [1]
14/4
shake [1]
12/19
shall [3]   4/9
6/7 6/14
share [1]
7/10
short [2]
10/11 14/11
should [5]
7/2 7/6 7/13
7/16 8/20
show [1]   16/7
side [6]
10/16 11/22
11/23 11/24
12/9 17/14
sides [3]   7/5
8/16 17/25
simply [1]
15/5
since [1]
15/24
sitting [1]
13/18
situation [5]
6/17 6/18
11/21 11/22
17/4
smile [1]
13/18
smooth [1]
16/6
so [18]   7/19
8/20 10/1

11/17 11/7
11/17 11/23
12/7 12/8
12/14 12/23
13/1 13/7
16/1 16/3
16/25 17/8
18/5
some [10]   6/4
6/6 6/16 6/18
7/21 8/11
9/20 10/20
11/21 12/1
something [1]
17/13
sorry [1]
16/5
sorts [1]
15/4
South [1]
2/23
SPAEDER [1]
2/5
specifically
[1]   7/19
speed [1]
14/12
spent [3]
4/14 5/3 7/13
ssalky [1]
2/8
stakes [1]
17/7
stand [2]
6/15 18/14
standpoint [1]
10/25
start [2]   7/8
10/23
state [1]
18/9
STATES [3]
1/1 1/17 1/21
stating [1]
16/2
staying [2]
16/13 16/13
steinmitchell.
com [1]   2/15
stenotype [1]
1/24
step [1]   11/4
STEVEN [2]
2/4 4/16
Street [3]

## S

Street... [3]
2/6 2/18 2/23
strike [2]
8/23 9/23
strikes [6]
6/19 6/20 7/2
7/6 8/10
10/13
strongly [1]
7/8
stuff [1]
17/3
subcontractors
[1] 9/10
subpoena [1]
7/1
such [4] 7/18
8/10 17/23
18/9
suggest [1]
9/17
Suite [3] 2/6
2/12 2/19
Sunday [1]
17/2
supposed [1]
13/12
Supreme [1]
12/5
sure [4] 4/10
9/1 15/23
18/9
surprise [2]
8/6 12/23
suspect [1]
15/11

## T

take [7]
10/22 11/4
11/16 11/18
11/19 11/20
15/15
talent [2]
16/9 16/10
talking [1]
11/3
TATELMAN [2]
3/5 5/22
TAYLOR [9]
2/4 4/6 6/1
8/23 10/12
13/14 15/10

tell [2] 6/8
6/9
telling [1]
18/7
than [4] 5/4
14/13 16/8
18/10
Thank [3]
13/9 18/2
18/12
Thanksgiving
[3] 10/15
12/8 17/2
that [72]
that's [17]
6/15 6/17 7/5
7/22 8/5 9/9
9/16 9/18
11/22 12/6
12/13 13/4
13/24 15/21
16/12 16/18
18/3
their [3]
11/25 17/14
18/5
them [14] 4/9
4/10 7/10
7/12 10/21
12/22 13/18
15/1 15/18
15/19 15/19
15/20 15/21
16/24
then [8] 6/22
7/3 7/21 9/6
10/22 11/19
15/13 15/13
there [11]
6/6 6/17 7/9
7/13 7/21
7/25 8/11
9/11 9/20
12/20 16/14
there's [8]
6/4 6/16 6/25
9/25 12/2
12/4 12/17
17/13
these [4]
7/23 15/4
17/3 17/5
they [13]
6/18 7/17

10/17 11/6
11/17 12/19
12/19 14/25
15/19 16/3
17/7
they're [2]
8/14 12/24
thing [2] 9/1
13/11
things [1]
7/18
think [8]
7/16 8/18
8/19 9/23
12/18 14/8
17/9 18/6
thinking [2]
10/15 13/4
this [26]
THOMAS [2]
3/5 5/14
thomas.hungar
[1] 3/9
those [4]
7/22 8/20
17/17 18/10
though [1]
11/16
thought [1]
9/17
three [1]
11/5
Thursday [1]
16/18
tides [1] 6/7
time [17]
4/15 5/4 7/13
7/25 8/5 10/6
10/20 11/6
11/16 11/18
11/19 11/24
13/15 15/9
15/15 15/16
15/24
timetables [4]
9/12 9/13
9/15 12/24
timing [1]
15/10
to be [1]
11/20
TODD [2] 3/5
5/21
todd.tatelman
[1] 3/9

town [1]
15/13
trade [1] 4/7
transcribed
[1] 19/6
transcript [3]
1/15 1/25
19/5
transcription
[1] 1/25
travel [1]
14/16
treat [1]
17/8
treated [2]
7/2 17/8
trip [1]
14/11
TRO [4] 6/17
6/19 6/21
11/21
true [1] 19/5
trying [1]
14/23
TS [2] 8/6
8/7
Tuesday [2]
10/16 16/25
turned [1]
9/15
turns [1]
9/19
twice [1]
9/19
two [2] 6/23
12/22
typical [1]
16/2

## U

U.S [2] 3/3
3/6
under [12]
7/9 7/14 7/17
7/22 7/23
7/24 10/17
10/18 10/22
12/13 15/8
17/16
understand [7]
9/2 10/8
10/15 11/15
14/17 15/8
17/3

understandably
[1] 8/16
understanding
[1] 6/25
UNITED [3]
1/1 1/17 1/21
unless [1]
7/14
unredacted [1]
10/10
unredacting
[1] 10/5
up [4] 14/3
14/12 16/3
16/7
upon [1] 9/16
us [2] 14/5
14/22
usually [1]
11/21

## V

various [1]
11/25
vast [1] 10/5
version [2]
10/4 10/11
very [1] 8/11
view [2] 9/17
14/25

## W

want [10]
6/13 8/8
14/10 14/14
14/23 15/1
15/19 16/19
18/8 18/8
wants [1]
14/22
was [2] 7/9
10/15
Washington [6]
1/22 2/7
2/13 2/19 3/7
19/7
water [1] 6/4
way [13] 4/14
7/7 7/18 8/20
9/21 10/19
12/6 12/15
12/19 15/22
17/8 17/8
17/25
we [33]

**W**

**we'll [7]**
10/21 13/2
14/10 14/19
14/22 16/16
16/25
**we're [5]**
9/21 11/3
14/3 17/8
18/4
**we've [4]**
11/4 13/23
15/7 18/4
**week [9]**
10/14 10/15
10/20 10/21
12/9 12/25
13/2 15/13
16/17
**weekend [1]**
17/2
**welcome [11]**
4/18 4/20
4/23 5/1 5/3
5/10 5/13
5/17 5/20
5/24 17/15
**well [14]**   4/8
6/1 6/3 6/6
6/19 8/4 9/9
10/12 12/2
13/22 13/22
15/23 16/12
17/19
**were [2]**   11/8
12/22
**what [12]**
6/12 7/7 9/17
9/20 9/22
10/13 10/15
11/2 12/20
13/8 16/3
16/17
**what's [6]**
7/20 7/20
8/21 12/20
13/4 15/18
**whatever [5]**
10/16 10/18
11/10 11/11
14/22
**when [2]**   7/8
17/5
**where [8]**

7/13 7/25 8/1
8/15 12/3
17/7
**which [9]**
6/12 7/5 7/17
9/4 9/11 9/15
9/21 11/20
12/1
**who [1]**   5/3
**whoever [1]**
7/4
**whole [1]**
13/11
**why [2]**   9/25
14/3
**will [10]**   4/3
7/3 10/22
12/9 12/11
13/3 14/5
16/16 17/9
17/25
**WILLIAM [2]**
2/4 4/6
**wish [1]**   9/2
**within [1]**
9/15
**without [1]**
14/23
**work [2]**   12/8
14/5
**works [1]**
12/6
**would [11]**
4/8 7/25
10/11 11/7
11/11 11/12
14/6 14/25
15/13 17/17
17/22
**writes [1]**
6/22
**writing [1]**
6/23
**written [1]**
7/18
**wrong [1]**   7/1
**wtaylor [1]**
2/8

**Y**

**Yeah [1]**
14/21
**years [3]**
4/11 6/16

**Yes [4]**   6/2
9/5 13/5
17/11
**yet [1]**   6/9
**you [56]**
**you'll [1]**
13/7
**you're [6]**
12/2 13/7
15/23 16/13
17/4 17/15
**you've [2]**
16/9 17/24
**your [26]**
**yours [1]**
16/15
**yourselves [1]**
4/4

**Z**

**ZUCKERMAN [1]**
2/5
**zuckerman.com
[3]**   2/8 2/8
2/9