# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 17-cv-2187-RJL |
| DEFENDANT BANK, | ) |
| Defendant, | ) |
| and | ) |
| PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, | ) |
| Defendant-Intervenor. | ) |

## NOTICE OF APPEARANCE

I, Theodore J. Boutrous Jr., hereby enter my appearance as counsel of record in the above-captioned case for Bean LLC d/b/a Fusion GPS. Please send all future notices in this matter to me.

Dated: December 12, 2017

Respectfully submitted,

*/s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Telephone: (202) 955-8688
tboutrous@gibsondunn.com

*Attorney for Plaintiffs BEAN LLC d/b/a FUSION GPS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2017, I filed the foregoing Notice of Appearance via the U.S. District Court for the District of Columbia's CM/ECF system, which I understand will serve notice of the filing on all filers registered in this case.

/s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.,