THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEFENDANT BANK, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> PERMANENT SELECT COMMITTEE ) <br> ON INTELLIGENCE OF THE U.S. ) <br> HOUSE OF REPRESENTATIVES, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Civil Action 17-cv-2187-RJL |

## FURTHER NOTICE OF ADDITIONAL RECORD EVIDENCE

Plaintiff Fusion GPS ("Fusion") respectfully submits this further supplement to the record, at the request of Jason Foster, Chief Investigative Counsel to the Senate Committee on the Judiciary. On December 14, 2017, Mr. Foster wrote Plaintiff's counsel regarding Plaintiffs' Notice of Additional Record Evidence, filed on December 12, 2017. Dkt. 45. Mr. Foster's email states: "Your recent filing with the court uses a tweet by Senator Whitehouse to imply that Chairman Grassley was an anonymous source for a story in the NYT. He was not. The implication in your filing is false. Please see the attached letter from Chairman Grassley addressing Senator Whitehouse's tweet with him directly." Ex. N to the Declaration of Steven M. Salky (Mr. Foster's email attaching December 13, 2017 letter from Senator Grassley to Senator Whitehouse). Mr. Foster requested that Plaintiff "amend your filing to correct the record and include a copy" of Chairman Grassley's letter to avoid "leav[ing] a misleading impression

with the court now that you have the facts." *Id.* Mr. Foster did not dispute any other aspects of the Notice.

Although Plaintiff's Notice (Dkt. 45) did not mention Senator Grassley either in the bullet discussing Senator Whitehouse's December 1 tweet or in the preceding bullet discussing the November 30 New York Times story about which Senator Whitehouse tweeted, *id.* at 2, Plaintiff nonetheless submits the attached letter at Mr. Foster's request to ensure the Court has a full record before it as it decides these important issues. By filing Mr. Foster's communication and Senator Grassley's letter, Fusion does not endorse or otherwise express a view about their contents or about Senator Grassley's conduct.

Dated: December 14, 2017

Respectfully submitted,

*/s/* Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8688
tboutrous@gibsondunn.com

Steven M. Salky (D.C. Bar No. 360175)
William W. Taylor, III (D.C. Bar No. 84194)
Rachel F. Cotton (D.C. Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
**CUNNINGHAM LEVY MUSE LLP**
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036

        Tel: (202) 261-6564
        jal@cunninghamlevy.com
        rmuse@cunninghamlevy.com
        rmc@cunninghamlevy.com

*Counsel for Plaintiff BEAN LLC, d/b/a FUSION GPS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2017, the foregoing was filed on the Court's CM/ECF system, thereby serving all counsel of record in this matter.

<u>/s/ Theodore J. Boutrous, Jr.</u>
Theodore J. Boutrous, Jr.
