THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT BANK,<br><br>Defendant,<br><br>and<br><br>PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Defendant-Intervenor. | Civil Action 17-cv-2187-RJL |

**MOTION FOR LEAVE TO FILE FURTHER NOTICE OF RECORD EVIDENCE**

Pursuant to Local Civil Rule 65.1(c), Plaintiff Bean LLC d/b/a Fusion GPS ("Fusion") hereby respectfully requests leave to file a Further Notice of Record Evidence,[1] as additional facts relevant to Fusion's request for a preliminary injunction or temporary restraining order have come to light even since Fusion filed its Opposition to the Committee's Motion to Strike on December 18, 2017. Dkt. 51.  Indeed, reports have surfaced that the subpoena to Fusion's bank is part of a "coordinated effort" that includes "attacks on the FBI and Justice Department." Dkt. 51 at 3-4.

On December 22, 2017, pursuant to Local Civil Rule 7(m), counsel for Fusion conferred with counsel for the Committee, who indicated that the Committee opposes this Motion, and

---

[1] Fusion stills takes the position that LCvR 65.1(c) on its face applies only to affidavits and not to notices of additional record evidence.

with Defendant Bank's counsel, who does not oppose this Motion. A proposed order is attached and oral argument is not requested.

For the reasons stated herein and in the proposed Notice attached hereto, Fusion respectfully requests this Court's leave to file a Further Notice of Record Evidence.

Dated: December 22, 2017                    Respectfully submitted,

<div style="margin-left: 3em;">

*/s/* Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8688
tboutrous@gibsondunn.com

Steven M. Salky (D.C. Bar No. 360175)
William W. Taylor, III (D.C. Bar No. 84194)
Rachel F. Cotton (D.C. Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

Joshua A. Levy (D.C. Bar No. 475108)
Robert F. Muse (D.C. Bar No. 166868)
Rachel M. Clattenburg (D.C. Bar No. 1018164)
**CUNNINGHAM LEVY MUSE LLP**
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel: (202) 261-6564
jal@cunninghamlevy.com
rmuse@cunninghamlevy.com
rmc@cunninghamlevy.com

*Counsel for Plaintiff BEAN LLC, d/b/a FUSION GPS*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2017, the foregoing was filed on the Court's CM/ECF system, thereby serving all counsel of record in this matter.

                                                                      */s/* Theodore J. Boutrous, Jr.
                                                                        Theodore J. Boutrous, Jr.