IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BEAN LLC d/b/a FUSION GPS | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 17-cv-2187-RJL |
| DEFENDANT BANK, | ) | |
| Defendant, | ) | |
| and | ) | |
| PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, | ) | |
| Defendant-Intervenor. | ) | |

**DECLARATION OF THEODORE J. BOUTROUS, JR. IN SUPPORT
OF PLAINTIFF'S FURTHER NOTICE OF ADDITIONAL RECORD EVIDENCE**

I, THEODORE J. BOUTROUS, JR., hereby declare under penalty of perjury the following:

1. My name is Theodore J. Boutrous, Jr. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and a member of the bar of this Court. I represent Plaintiff Bean LLC d/b/a Fusion GPS in the above-captioned action. By virtue of my direct involvement in this matter, I have personal knowledge of the content of this declaration, and I could and would competently testify to the truth of the matters stated herein.

2. Attached hereto as **Exhibit O** is a true and correct copy of an article published by John Bowden of *The Hill* entitled "Schiff: Nunes 'doing the work of the White House'" dated December 21, 2017, available at http://thehill.com/homenews/house/366130-schiff-nunes-doing-the-work-of-the-white-house-than-the-committee.

1

3. Attached hereto as **Exhibit P** is a true and correct copy of an article published by Kyle Cheney and John Bresnahan of *Politico* entitled "House Republicans quietly investigate perceived corruption at DOJ, FBI," dated December 20, 2017, available at https://www.politico.com/story/2017/12/20/house-republicans-quietly-investigate-doj-fbi-310121.

4. Attached hereto as **Exhibit Q** is a true and correct copy of an article published by Mike Memoli of *NBC News* entitled "House Republicans prepare to wrap up contentious Russia investigation," dated December 18, 2017, available at https://www.nbcnews.com/politics/congress/house-republicans-prepare-wrap-contentious-russia-investigation-n830561.

5. Attached hereto as **Exhibit R** is a true and correct copy of an article published by Kyle Cheney of *Politico* entitled "House Republicans demand probe of Russia investigation leaks," dated December 18, 2017, available at https://www.politico.com/story/2017/12/18/house-republicans-investigation-leaks-russia-probe-302481.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of December 2017 in Los Angeles, California.

      /s/ Theodore J. Boutrous, Jr.
      Theodore J. Boutrous, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2017, the foregoing was filed on the Court's CM/ECF system, thereby serving all counsel of record in this matter.

*/s/* Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.
