UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEAN LLC d/b/a FUSION GPS,         )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     Civil Action No. 17-2187 (RJL)
                                    )
JOHN DOE BANK,                      )
                                    )
          Defendant,                )
                                    )
     and                            )
                                    )
PERMANENT SELECT COMMITTEE          )
ON INTELLIGENCE OF THE              )
UNITED STATES HOUSE OF              )
REPRESENTATIVES,                    )
                                    )
          Intervenor.               )

**FILED**
**JAN - 4 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER
January 4, 2018 [Dkt. #23]

**THIS CASE** comes before the Court upon plaintiff's Motion for a Preliminary Injunction [Dkt. #23].[1]

**UPON CONSIDERATION** of the Motion, oral argument, the pertinent portions of the record, and being otherwise fully advised on the matter, it is hereby

---

[1] As discussed in the accompanying Memorandum Opinion, plaintiff originally filed both an Application for a Temporary Restraining Order and a Motion for a Preliminary Injunction. *See* Pl.'s Renewed Appl. for TRO & Mot. for Prelim. Inj. [Dkt. #23]. But during a motions hearing in this case on November 15, 2017, I consolidated plaintiff's motions into a Motion for a Preliminary Injunction. *See* Motions Hr'g Tr. 6:16–24, 7:2–6, November 15, 2017 [Dkt. #41].

**ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, the Motion is **DENIED**.

**THIS IS A FINAL, APPEALABLE ORDER.**

**SO ORDERED.**

RICHARD J. LEON
United States District Judge