**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
|  |  |
|---|---|
| BEAN LLC d/b/a FUSION GPS ) | |
| 1700 Connecticut Ave., NW ) | |
| Suite 400 ) | |
| Washington, DC 20009, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-02187-RJL |
| ) | |
| DEFENDANT BANK, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ) | |
| PERMANENT SELECT COMMITTEE ON ) | |
| INTELLIGENCE OF THE U.S. HOUSE OF ) | |
| REPRESENTATIVES, ) | |
| Intervenor. ) | |
_____)

**OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION**
**FOR STAY PENDING APPEAL**

On January 4, 2018, this Court issued a Memorandum Opinion and Order (ECF Nos. 58 & 59) denying Plaintiff's motion for a preliminary injunction. On January 5, 2018, Plaintiff filed an Emergency Motion for a Stay Pending Appeal (ECF No. 60).

Pursuant to the parties' Confidential Agreement, Defendant Bank has produced all remaining responsive documents to the Permanent Select Committee on Intelligence of the U.S. House of Representatives ("Committee"). For that reason, and for all the reasons set forth in the Court's January 4, 2018 Memorandum Opinion and the Committee's response in opposition to Plaintiff's renewed motion for preliminary injunction, Plaintiff's motion for a stay pending appeal should be denied.

A proposed order is attached.

Respectfully submitted,

*/s/ Thomas G. Hungar*
THOMAS G. HUNGAR
  *General Counsel*
TODD B. TATELMAN
  *Associate General Counsel*
KIMBERLY HAMM
  *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Thomas.Hungar@mail.house.gov

January 5, 2018

*Counsel for the Permanent Select Committee on Intelligence of the U.S. House of Representatives*

## CERTIFICATE OF SERVICE

I certify that on January 5, 2018, I caused the foregoing document to be filed through the court's CM/ECF system, which I understand caused it to be served on all registered parties.

*/s/ Thomas G. Hungar*
Thomas G. Hungar

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS <br>     1700 Connecticut Ave., NW <br>     Suite 400 <br>     Washington, DC 20009, <br><br>         Plaintiff, <br><br> v. <br><br> DEFENDANT BANK, <br><br>         Defendant, <br><br><br> PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br>         Intervenor. | Case No. 1:17-cv-02187-RJL |

## [PROPOSED] ORDER

It is ORDERED that the Plaintiff's Emergency Motion for a Stay Pending Appeal is hereby DENIED.

SO ORDERED.

_____
HON. RICHARD J. LEON
United States District Judge

Copies to:

**Thomas G. Hungar**
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515
Thomas.Hungar@mail.house.gov

**Theodore J. Boutrous, Jr.**
GIBSON, DUNN, & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington D.C. 20036
(202) 955-8688
TBoutrous@gibsondunn.com

**William W. Taylor, III**
**Steven M. Salky**
Zuckerman Spaeder, LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1810
wtaylor@zuckerman.com

**Alexander D. Bono**
**Joe J. Aronica**
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1181
abono@duanemorris.com