**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> DEFENDANT BANK, ) <br> ) <br> Defendant, ) <br> ) <br> PERMANENT SELECT COMMITTEE ) <br> ON INTELLIGENCE OF THE U.S. ) <br> HOUSE OF REPRESENTATIVES, ) <br> ) <br> Intervenor. ) | Civil Action No. 17-2187 (RJL) <br><br> **FILED** <br> MAY - 7 2020 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

**ORDER**
(May 3, 2020)

On January 4, 2018, this Court denied plaintiff's motion for preliminary injunction. Memo. Op. & Order (Dkt. ## 58, 59). On January 5, 2018, plaintiff filed an emergency motion for a stay pending appeal. Pl.'s Emergency Mot. for Stay Pending Appeal (Dkt. #60). That same day, intervenor Permanent Select Committee on Intelligence of the U.S. House of Representatives ("Committee") filed an opposition to plaintiff's emergency motion for stay, stating, "Pursuant to the parties' Confidential Agreement, Defendant Bank has produced all remaining responsive documents to the" Committee. Opp'n to Pl.'s Emergency Mot. for Stay Pending Appeal (Dkt. #61). Later that same day, this Court denied plaintiff's emergency motion as moot by minute order. Minute Order (01/05/2018). On September 25, 2018, the Court denied several of the parties' pending motions as moot by minute order. Minute Order (09/25/2018). Since that time, there has been no activity in the case.

Accordingly, upon due consideration of the entire record herein, it is, this 3rd day of May, 2020, hereby

**ORDERED** that the plaintiff shall within 30 days of this order show cause in writing why the action should not be dismissed for failure to prosecute pursuant to Local Rule 83.23.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge