UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN LLC d/b/a FUSION GPS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT BANK, )<br>)<br>Defendant, )<br>)<br>PERMANENT SELECT COMMITTEE )<br>ON INTELLIGENCE OF THE U.S. )<br>HOUSE OF REPRESENTATIVES, )<br>)<br>Intervenor. ) | Civil Action No. 17-2187 (RJL)<br><br>**FILED**<br>JUN 1 8 2020<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

**ORDER**
(June 18, 2020)

Plaintiff Bean LLC, doing business as Fusion GPS, brought this action on October 20, 2017 seeking an order enjoining the enforcement of a Congressional subpoena that required the production of certain financial records from plaintiff's bank, Defendant Bank. Compl. (Dkt. # 1). On January 4, 2018, this Court denied plaintiff's motion for preliminary injunction. Memo. Op. & Order (Dkt. ## 58, 59). On January 5, 2018, plaintiff filed an emergency motion for a stay pending appeal. Pl.'s Emergency Mot. for Stay Pending Appeal (Dkt. #60). That same day, intervenor Permanent Select Committee on Intelligence of the U.S. House of Representatives ("Committee") filed an opposition to plaintiff's emergency motion for stay, stating, "Pursuant to the parties' Confidential Agreement, Defendant Bank has produced all remaining responsive documents to the"

Committee.  Opp'n to Pl.'s Emergency Mot. for Stay Pending Appeal (Dkt. #61).  Later that same day, this Court denied plaintiff's emergency motion as moot by minute order.  Minute Order (01/05/2018).  On September 25, 2018, the Court denied several of the parties' pending motions as moot by minute order.  Minute Order (09/25/2018).  There has been no activity by the parties in this matter since.

On May 7, 2020, I ordered plaintiff to "show cause in writing why the action should not be dismissed for failure to prosecute pursuant to Local Rule 83.23" within thirty days.  Order (Dkt. # 62).  Since that ordered issued over forty days ago, plaintiff has not filed any response.  Accordingly, it is hereby **ORDERED** that this action is dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge